# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

|  |  |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>Defendant. | C.A. No. 5:22-cv-00069-RWS<br><br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus" or "Defendant"), by its undersigned attorneys, hereby set forth their Answer and Affirmative Defenses in response to the First Amended Complaint for Patent Infringement filed on July 7, 2022 (Dkt. No. 6) by Plaintiffs Pantech Corporation and Pantech Wireless, LLC ("Pantech" or "Plaintiff").

### ANSWER

OnePlus denies the allegations in Pantech's Complaint unless expressly admitted in the following paragraphs. Any factual allegation admitted below is admitted only as to the specific admitted facts, and not as to any purported conclusions, characterizations, implications, or speculations that may arguably follow from the admitted facts. OnePlus specifically denies that Pantech is entitled to any relief for its Complaint.

## NATURE OF THE ACTION

1.     OnePlus admits Pantech purports to bring their claims under the patent laws of the United States, Title 35, United States Code. OnePlus denies that Pantech is entitled to any relief requested against OnePlus under any theory of recovery.

## THE PARTIES

2.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies the same.

3.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies the same.

4.     OnePlus admits the allegations in Paragraph 4.

5.     OnePlus admits the allegations of paragraph 5.

## JURISDICTION AND VENUE

6.     Paragraph 6 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus admits that this Court has subject matter jurisdiction over the subject matter of this action and denies the remaining allegations in Paragraph 6.

7.     Paragraph 7 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus admits that it maintains a webpage, including https://www.oneplus.com, https://www.oneplus.com/store/phone, https://www.oneplus.com/legal/use-of-cookies, and https://www.oneplus.com/oneplus-n200-5g. OnePlus denies the remaining allegations in Paragraph 7, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

8.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies the same.

9.    OnePlus admits that it previously admitted transacting business within the State of Texas in *Altpass LLC v. OnePlus Technology (Shenzhen) Co., Ltd.*, No. 2-20-cv-00105, Dkt. 21 at 1 (E.D. Tex. October 21, 2020).  OnePlus asserts that prior admissions in unrelated actions are not relevant to this action.

10.    Paragraph 10 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus denies that this Court has personal jurisdiction in this matter.

11.    Paragraph 11 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus denies that venue is proper in this judicial district.

## ACCUSED INSTRUMENTALITIES

12.    OnePlus admits that it maintains a webpage that describes certain mobile phones as being LTE or 5G capable devices. OnePlus denies the remaining allegations set forth in Paragraph 12.

13.    OnePlus admits that it advertises that the devices identified in Paragraph 13 are LTE and/or 5G capable.

## PATENTS-IN-SUIT

14.    OnePlus admits that the Asserted Patents are U.S. Patent Nos. 9,548,839; 11,172,493; 8,587,710; 11,012,954; 8,893,052; 10,869,247; 9,063,654; and 10,162,490.

15.    OnePlus admits that, on its face, United States Patent No. 9,548,839 ("the '839 patent"), is entitled "Method for mapping physical hybrid automatic repeat indicator channel." OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15 and therefore denies the same.

16.    OnePlus admits that, on its face, United States Patent No. 11,172,493 ("the '493 patent"), is entitled "Resource allocation scheduling, and signaling for grouping real time services."

3

OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 and therefore denies the same.

17.     OnePlus admits that, on its face, United States Patent No. 8,587,710 ("the '710 patent"), is entitled "Apparatus and method for controlling picture using image recognition." OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 17 and therefore denies the same.

18.     OnePlus admits that, on its face, United States Patent No. 11,012,954 ("the '954 patent"), is entitled "Apparatus and Method for Establishing Uplink Synchronization in a Wireless Communication System." OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 18 and therefore denies the same.

19.     OnePlus admits that, on its face, United States Patent No. 8,893,052 ("the '052 patent"), is entitled "System and method for controlling mobile terminal application using gesture." OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and therefore denies the same.

20.     OnePlus admits that, on its face, United States Patent No. 10,869,247 ("the '247 patent"), is entitled "Supporting uplink transmissions." OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20 and therefore denies the same.

21.     OnePlus admits that, on its face, United States Patent No. 9,063,654 ("the '654 patent"), is entitled "Terminal apparatus and method for supporting smart touch operation." OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21 and therefore denies the same.

22.     OnePlus admits that, on its face, United States Patent No. 10,162,490 ("the '490 patent"), is entitled "Method for displaying transmission status of MMS (multimedia messaging service) message and telecommunication terminal using the method." OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 22 and therefore denies the same.

23.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies the same.

24.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies the same.

## BACKGROUND

### Pantech Corp.

25.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies the same.

26.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies the same.

27.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies the same.

28.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies the same.

29.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies the same.

30.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies the same.

31.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies the same.

32.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies the same.

**Pantech Wireless**

33.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies the same.

34.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies the same.

35.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies the same.

36.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies the same.

**Negotiations Between the Parties**

37.     OnePlus admits the allegations in Paragraph 37.

38.     OnePlus admits that standard-setting organizations, such as the European Telecommunications Standards Institute (ETSI), establish standards for the telecommunications industry. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 38 and therefore denies the same.

39.     OnePlus admits that the link cited in Paragraph 39 appears to contain the definition of "essential" quoted in Paragraph 39. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 39 and therefore denies the same.

40.     OnePlus denies the allegations in Paragraph 40.

41.     OnePlus admits that a letter dated June 12, 2020 was sent to Mr. Zuohu Liu. OnePlus denies that it has committed any of the acts of infringement alleged in the letter.

42.     OnePlus admits that correspondence of September 24, 2020, January 21, 2021, March 25, 2021, April 16, 2021, May 4, 2021, June 1, 2021, and July 9, 2021 was made available to OnePlus. OnePlus denies that it has committed any of the acts of infringement alleged in the correspondence. OnePlus further denies the remaining allegations in Paragraph 42.

43.     OnePlus admits that correspondence dated May 14, 2021 and July 9, 2021 were made available to OnePlus. OnePlus denies that it has committed any of the acts of infringement alleged in the letters. OnePlus further denies the remaining allegations in Paragraph 43.

44.     OnePlus admits that license offers for patents deemed to be essential to a standard must be made on terms that are fair, reasonable and non-discriminatory ("FRAND"). OnePlus denies the remaining allegations of Paragraph 44, and specifically denies that Pantech's license offers contained terms that comply with Pantech's FRAND obligations.

45.     OnePlus denies the allegations in Paragraph 45.

46.     OnePlus denies the allegations in Paragraph 46.

### COUNT I – INFRINGEMENT OF U.S. PATENT NO. 9,548,839

47.     Paragraph 47 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

48.     OnePlus admits that U.S. Patent No. 9,548,839 indicates an issue date of January 17, 2017 and is entitled "Method for mapping physical hybrid automatic repeat request indicator channel." OnePlus denies that the '839 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 48 and therefore denies the same.

7

49.    Paragraph 49 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and therefore denies the same.

50.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and therefore denies the same.

51.    OnePlus denies the allegations of Paragraph 51.

52.    OnePlus admits that certain accused products are LTE-compatible.  OnePlus denies the remaining allegations of Paragraph 52.

53.    OnePlus admits that it received correspondence dated June 12, 2020 and January 21, 2021 from Pantech. OnePlus denies the remaining allegations of Paragraph 53, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

54.    OnePlus denies the allegations of Paragraph 54.

55.    OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of Paragraph 55, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

56.    OnePlus denies the allegations of Paragraph 56.

57.    OnePlus denies the allegations of Paragraph 57.

58.    OnePlus denies the allegations of Paragraph 58.

59.    OnePlus denies the allegations of Paragraph 59.

60.    OnePlus denies the allegations of Paragraph 60.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 11,172,493

61.     Paragraph 61 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

62.     OnePlus admits that U.S. Patent No. 11,172,493 indicates an issue date of November 9, 2021 and is entitled "Resource allocation, scheduling, and signaling for grouping real time services." OnePlus denies that the '493 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 62 and therefore denies the same.

63.     Paragraph 63 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies the same.

64.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies the same.

65.     OnePlus denies the allegations of Paragraph 65.

66.     OnePlus admits that the accused OnePlus products include LTE-compatible products. OnePlus denies the remaining allegations in Paragraph 66.

67.     OnePlus admits that it received correspondence dated July 9, 2021, from Pantech, and that the original Complaint was filed on June 3, 2022, and that a copy of the original Complaint was emailed to OnePlus on June 8, 2022. OnePlus denies the remaining allegations of Paragraph 67, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

68.     OnePlus denies the allegations of Paragraph 68.

69.     OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of Paragraph 69, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

70.     OnePlus denies the allegations of Paragraph 70.

71.     OnePlus denies the allegations of Paragraph 71.

72.     OnePlus denies the allegations of Paragraph 72.

73.     OnePlus denies the allegations of Paragraph 73.

74.     OnePlus denies the allegations of Paragraph 74.

### COUNT III – INFRINGEMENT OF U.S. PATENT NO. 8,587,710

75.     Paragraph 75 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

76.     OnePlus admits that U.S. Patent No. 8,587,710 indicates an issue date of May 21, 2019 and is entitled "Apparatus and method for controlling picture using image recognition." OnePlus denies that the '710 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 76 and therefore denies the same.

77.     Paragraph 77 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and therefore denies the same.

78.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and therefore denies the same.

79.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies the same.

80.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies the same.

81.    OnePlus denies the allegations of Paragraph 81.

82.    OnePlus admits that the accused OnePlus products include at least one processor, display, and at least one camera. OnePlus denies the remaining allegations in Paragraph 82.

83.    OnePlus admits that Paragraph 83 appears to show photos of the Android Operating System and that the Android Operating System is installable on the OnePlus Nord N200 5G.

84.    OnePlus admits that the original Complaint was filed on June 3, 2022, and that a copy of the original Complaint was emailed to OnePlus on June 8, 2022. OnePlus denies the remaining allegations of Paragraph 84, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

85.    OnePlus denies the allegations of Paragraph 85.

86.    OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of Paragraph 86, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

87.    OnePlus denies the allegations of Paragraph 87.

88.    OnePlus denies the allegations of Paragraph 88.

89.    OnePlus denies the allegations of Paragraph 89.

90.    OnePlus denies the allegations of Paragraph 90.

91.    OnePlus denies the allegations of Paragraph 91.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 11,012,954

92.    Paragraph 92 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

93.    OnePlus admits that U.S. Patent No. 11,012,954 indicates an issue date of May 18, 2021 and is entitled "Apparatus and Method for Establishing Uplink Synchronization in a Wireless Communications System." OnePlus denies that the '346 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 93 and therefore denies the same.

94.    Paragraph 94 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and therefore denies the same.

95.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and therefore denies the same.

96.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and therefore denies the same.

97.    OnePlus denies the allegations of Paragraph 97.

98.    OnePlus admits that the accused OnePlus products include LTE-compatible and/or 5G-compatible products. However, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 98 and therefore denies the same.

99.    OnePlus admits that the accused OnePlus products include LTE-compatible and/or 5G-compatible products. OnePlus denies the remaining allegations in Paragraph 99.

100.    OnePlus admits that it received correspondence from Pantech dated January 21, 2021, that the original Complaint was filed on June 3, 2022, and that a copy of the original

Complaint was emailed to OnePlus on June 8, 2022. OnePlus denies the remaining allegations of Paragraph 100, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

101.    OnePlus denies the allegations of Paragraph 101.

102.    OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of Paragraph 102, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

103.    OnePlus denies the allegations of Paragraph 103.

104.    OnePlus denies the allegations of Paragraph 104.

105.    OnePlus denies the allegations of Paragraph 105.

106.    OnePlus denies the allegations of Paragraph 106.

107.    OnePlus denies the allegations of Paragraph 107.

108.    OnePlus denies the allegations of Paragraph 108.

**COUNT V – INFRINGEMENT OF U.S. PATENT NO. 8,893,052**

109.    Paragraph 109 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

110.    OnePlus admits that U.S. Patent No. 8,893,052 indicates an issue date of October 26, 2004 and is entitled "System and method for controlling mobile terminal application using gesture." OnePlus denies that the '052 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 110 and therefore denies the same.

13

111.    Paragraph 111 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 and therefore denies the same.

112.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies the same.

113.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 and therefore denies the same.

114.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 and therefore denies the same.

115.    OnePlus denies the allegations of Paragraph 115.

116.    OnePlus admits that the accused OnePlus products include at least one processor and a display. OnePlus denies the remaining allegations in Paragraph 116.

117.    OnePlus admits that Paragraph 117 appears to show photos of the Android Operating System and that the Android Operating System is installable on the OnePlus Nord N200 5G.

118.    OnePlus admits that the original Complaint was filed on June 3, 2022, and that a copy of the original Complaint was emailed to OnePlus on June 8, 2022. OnePlus denies the remaining allegations of Paragraph 118, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

119.    OnePlus denies the allegations of Paragraph 119.

120.    OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of

Paragraph 120, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

121.    OnePlus denies the allegations of Paragraph 121.

122.    OnePlus denies the allegations of Paragraph 122.

123.    OnePlus denies the allegations of Paragraph 123.

124.    OnePlus denies the allegations of Paragraph 124.

125.    OnePlus denies the allegations of Paragraph 125.

**COUNT VI – INFRINGEMENT OF U.S. PATENT NO. 10,869,247**

126.    Paragraph 126 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

127.    OnePlus admits that U.S. Patent No. 10,869,247 indicates an issue date of December 15, 2020 and is entitled "Supporting Uplink Transmissions." OnePlus denies that the '247 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 127 and therefore denies the same.

128.    Paragraph 128 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and therefore denies the same.

129.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and therefore denies the same.

130.    OnePlus denies the allegations of Paragraph 130.

131.    OnePlus admits that certain accused OnePlus products are 5G-compatible. OnePlus denies the remaining allegations in Paragraph 131.

132.    OnePlus admits that it received correspondence from Pantech dated July 9, 2021. OnePlus denies the remaining allegations of Paragraph 132, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

133.    OnePlus denies the allegations of Paragraph 133.

134.    OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of Paragraph 134, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

135.    OnePlus denies the allegations of Paragraph 135.

136.    OnePlus denies the allegations of Paragraph 136.

137.    OnePlus denies the allegations of Paragraph 137.

138.    OnePlus denies the allegations of Paragraph 138.

139.    OnePlus denies the allegations of Paragraph 139.

**COUNT VII – INFRINGEMENT OF U.S. PATENT NO. 9,063,654**

140.    Paragraph 140 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

141.    OnePlus admits that U.S. Patent No. 9,063,654 indicates an issue date of June 23, 2015 and is entitled "Terminal apparatus and method for supporting smart touch operation." OnePlus denies that the '654 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 141 and therefore denies the same.

142.    Paragraph 142 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and therefore denies the same.

143.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and therefore denies the same.

144.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 and therefore denies the same.

145.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and therefore denies the same.

146.    OnePlus denies the allegations of Paragraph 146.

147.    OnePlus admits that certain accused OnePlus products include at least one processor and a touchscreen. OnePlus denies the remaining allegations in Paragraph 147.

148.    OnePlus admits that Paragraph 148 appears to show photos of the Android Operating System and that the Android Operating System is installable on the OnePlus Nord N200 5G.

149.    OnePlus admits that the original Complaint was filed on June 3, 2022, and that a copy of the original Complaint was emailed to OnePlus on June 8, 2022. OnePlus denies the remaining allegations of Paragraph 149, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

150.    OnePlus denies the allegations of Paragraph 150.

151.    OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of

Paragraph 151, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

152.     OnePlus denies the allegations of Paragraph 152.

153.     OnePlus denies the allegations of Paragraph 153.

154.     OnePlus denies the allegations of Paragraph 154.

155.     OnePlus denies the allegations of Paragraph 155.

156.     OnePlus denies the allegations of Paragraph 156.

**COUNT VIII – INFRINGEMENT OF U.S. PATENT NO. 10,162,490**

157.     Paragraph 157 incorporates by reference prior allegations. OnePlus's specific responses to these prior allegations shall serve as its response to this Paragraph.

158.     OnePlus admits that U.S. Patent No. 10,162,490 indicates an issue date of December 25, 2018 and is entitled "Method for displaying transmission status of MMS (multimedia message service) message and telecommunication terminal using the method." OnePlus denies that the '490 patent was duly and lawfully issued. OnePlus lacks knowledge or information sufficient to form a belief as to the truth of any remaining allegations in Paragraph 158 and therefore denies the same.

159.     Paragraph 159 contains legal conclusions to which no response is required. To the extent a response is required, OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and therefore denies the same.

160.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and therefore denies the same.

161.     OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 and therefore denies the same.

162.    OnePlus lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and therefore denies the same.

163.    OnePlus denies the allegations of Paragraph 163.

164.    OnePlus admits that certain accused OnePlus products include at least one processor and a touchscreen. OnePlus denies the remaining allegations in Paragraph 164.

165.    OnePlus admits that Paragraph 165 appears to show photos of the Android Operating System and that the Android Operating System is installable on the OnePlus Nord N200 5G.

166.    OnePlus admits that the original Complaint was filed on June 3, 2022, and that a copy of the original Complaint was emailed to OnePlus on June 8, 2022. OnePlus denies the remaining allegations of Paragraph 166, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

167.    OnePlus denies the allegations of Paragraph 167.

168.    OnePlus admits that at least some of the accused OnePlus products have been used and marketed across the country and in this District.  OnePlus denies the remaining allegations of Paragraph 168, and specifically denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action.

169.    OnePlus denies the allegations of Paragraph 169.

170.    OnePlus denies the allegations of Paragraph 170.

171.    OnePlus denies the allegations of Paragraph 171.

172.    OnePlus denies the allegations of Paragraph 172.

173.    OnePlus denies the allegations of Paragraph 173.

## DAMAGES

OnePlus denies that it has committed any acts of infringement that form the purported basis for Pantech's causes of action, that Pantech has suffered actual and consequential damages, and that Pantech is entitled to the recovery of damages that it seeks.

## JURY DEMAND

Pantech's jury demand does not require a response by OnePlus. To the extent that Pantech's jury demand is deemed to require a response, OnePlus admits that the Complaint contains a request for a jury trial. OnePlus denies that Pantech is entitled to a jury on any claim that requests equitable remedies, for which no jury is required.

## PRAYER FOR RELIEF

OnePlus denies all allegations that Pantech is entitled to any of the relief requested in its Prayer for Relief, or any other relief. OnePlus specifically denies that it has infringed any valid and enforceable claim of U.S. Patent Nos. 9,548,839; 11,172,493; 8,587,710; 11,012,954; 8,893,052; 10,869,247; 9,063,654; and 10,162,490 under any theory—directly, indirectly, literally and/or under doctrine of equivalents. Pantech's request should, therefore, be denied in its entirety and with prejudice, and Pantech should take nothing from its Complaint.

## **AFFIRMATIVE DEFENSES**

Without prejudice to the denials set forth in its Answer, OnePlus pleads the following affirmative defenses in response to Pantech's allegations. OnePlus reserves the right to allege any and all additional defenses as revealed or identified during progress of this matter. OnePlus undertakes the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein.

First Affirmative Defense
(Failure to State a Claim)

174.    Each purported claim in the Complaint, in whole or in part, is barred for failure to state a claim upon which relief can be granted.

Second Affirmative Defense
(Non-infringement)

175.    Upon information and belief, Pantech's claims are barred because OnePlus does not infringe and has not infringed any valid and enforceable claim of U.S. Patent Nos. 9,548,839; 11,172,493; 8,587,710; 11,012,954; 8,893,052; 10,869,247; 9,063,654; and 10,162,490 (collectively, "Patents-in-Suit") either literally, or under the doctrine of equivalents, directly, by active inducement, or by contributing to infringement by others.

Third Affirmative Defense
(Invalidity)

176.    Upon information and belief, each of the claims of the Patents-in-Suit is invalid for failing to comply with one or more provisions of Title 35 of the United States Code, including but not limited to, one or more of Sections 101, 102, 103, and/or 112, as well as the applicable provisions of Title 37 of the Code of Federal Regulations.

Fourth Affirmative Defense
(Equitable Doctrines)

177.    Pantech's claims are barred or limited to the extent they conflict with any applicable principles of equity including, without limitation, equitable estoppel, acquiescence, waiver, and/or unclean hands. On information and belief, Pantech and/or their predecessors or affiliates were aware of OnePlus's allegedly infringing products well before filing the Complaint and, by not pursuing these claims sooner, any right to assert those claims was waived and/or rendered unwarranted due to laches. Such delay is unreasonably long and prejudicial to OnePlus.

21

### Fifth Affirmative Defense
### (Exhaustion and/or Release)

178.    Pantech's claims are barred pursuant to the doctrine of patent exhaustion and/or release. On information and belief, Pantech has received full compensation for the allegedly infringing products or components of any allegedly infringing products that are supplied, directly or indirectly, to OnePlus by an entity or entities that may have a license to the Patents-in-Suit. Accordingly, Pantech is barred from asserting its claims for patent infringement against products used, sold, or offered for sale by OnePlus.

### Sixth Affirmative Defense
### (Cannot Prove Exceptional Case)

179.    OnePlus's actions in defending this case do not give rise to an exceptional case under 35 U.S.C. § 285, and Pantech is barred from an award of attorneys' fees.

### Seventh Affirmative Defense
### (Limitations on Damages)

180.    Pursuant to 35 U.S.C. § 286, Pantech may not recover money damages for any alleged infringement occurring more than six years prior to the filing of this action. Also, because Pantech (and any predecessors in interest) failed to comply with the notice provisions of 35 U.S.C. § 287, Pantech may not recover damages for any purported infringement occurring prior to filing of this action. Moreover, Pantech's recovery of costs is barred by 35 U.S.C. § 288.

181.    Further, pursuant to Pantech's FRAND obligations, Pantech may not recover money damages for any alleged infringement of an asserted standard-essential patent (SEP) that would exceed a FRAND royalty rate for such patent.

### Eighth Affirmative Defense
### (Prosecution History Estoppel)

182.    Pantech is estopped from asserting the claims of the Patents-in-Suit patents, in whole or in part, including application of the doctrine of equivalents, by the doctrine of prosecution

history estoppel because of admissions or statements made during the prosecution of the applications leading to the issuance of the Patents-in-Suit and/or related applications.

<u>Reservation of Rights</u>

183.    OnePlus expressly reserves the right to amend this Answer, including asserting additional defenses and counterclaims, as further information is obtained.

184.    In addition to the defenses described above, OnePlus reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the patent laws of the United States and any other defenses, at law or in equity, which may now exist or in the future become available based on discovery and further factual investigation in this case.

## **JURY DEMAND**

In accordance with Fed. R. Civ. P. 38, OnePlus demands a trial by jury on all issues so triable.

Dated:  October 27, 2022

Respectfully submitted,

_/s/ G. Blake Thompson_

**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, Texas 75654
Telephone (903) 657-8540
Facsimile (903) 657-6003

LEYDIG, VOIT & MAYER, LTD.
David M. Airan (lead counsel)
Leonard Z. Hua
Christopher J. Gass
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601
(312) 616-5600
dairan@leydig.com
lhua@leydig.com
cgass@leydig.com

_Attorneys for Defendant_
_OnePlus Technology (Shenzhen) Co., Ltd._

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 27, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

_/s/ G. Blake Thompson_

**G. Blake Thompson**