# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>*Defendant*. | Case No. 5:22-cv-00069-RWS<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Proposed Docket Control Order (D.I. 27), Plaintiffs Pantech Corporation and Pantech Wireless, LLC and Defendant OnePlus Technology (Shenzhen) Co. Ltd. (collectively, the "Parties") hereby notify the Court that the parties have met and conferred and have agreed to mediate this matter but have not yet agreed on a mediator or deadline to complete mediation. The parties wish to continue discussing mediators and an appropriate deadline, and respectfully submit that they will be able to inform the Court of an agreed mediator and deadline to complete mediation following further discussions with their respective clients.

Dated: November 28, 2022    By:    */s/ James A. Fussell, III*
Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233

gpc@texarkanalaw.com
kbt@texarkanalaw.com

James A. Fussell, III
Tiffany A. Miller
MAYER BROWN LLP
1999 K Street, N.W.
Washington D.C. 20006
(202) 263-3000
jfussell@mayerbrown.com
tmiller@mayerbrown.com

*Counsel for Plaintiffs Pantech Corporation and Pantech Wireless, LLC*


By: */s/ David M. Airan*
J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
MT2 LAW GROUP: MANN TINDEL THOMPSON
201 West Houston Street, Suite 102
Marshall, TX 75670
Telephone: (903) 657-8540
Facsimile: (903) 657-6003
mark@themannfirm.com
blake@themannfirm.com

David M. Airan (*pro hac vice*)
Leonard Z. Hua (*pro hac vice*)
Christopher J. Gass (*pro hac vice*)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
dairan@leydig.com
lhua@leydig.com
cgass@leydig.com

*Counsel for Defendant OnePlus Technology (Shenzhen) Co. Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated: November 28, 2022                             /s/ *James A. Fussell, III*
                                                                       James A. Fussell, III