# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> Defendant. | C.A. No. 5:22-cv-00069-RWS <br><br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO TAKE THE DEPOSITION OF ZHONGHUA ZHU AFTER THE CLOSE OF FACT DISCOVERY

**TO THE HONORABLE COURT:**

Plaintiffs Pantech Corporation and Pantech Wireless, LLC and Defendant OnePlus Technology (Shenzhen) Co. Ltd. (collectively, the "Parties") file this their agreed motion to take the deposition of Zhonghua Zhu after the close of fact discovery. Due to scheduling issues, this particular deposition cannot be completed prior to the current deadline for fact discovery which is September 8, 2023 (Dkt. No. 53). The parties respectfully request that the Court enter an Order allowing Zhonghua Zhu's deposition to be completed after the close of fact discovery.

Dated: September 5, 2023                    Respectfully submitted,

                                                    */s/ James A. Fussell, III*
James A. Fussell, III
Jamie B. Beaber
Saqib J. Siddiqui
Tiffany A. Miller
Baldine Paul
Clark S. Bakewell
Tariq Javed
Seth W. Bruneel
Courtney Krawice
MAYER BROWN LLP
1999 K Street, N.W.
Washington D.C. 20006
(202) 263-3000
jfussell@mayerbrown.com
jbeaber@mayerbrown.com
ssiddqui@mayerbrown.com
tmiller@mayerbrown.com
bpaul@mayerbrown.com
cbakewell@mayerbrown.com
tjaved@mayerbrown.com
sbruneel@mayerbrown.com
ckrawice@mayerbrown.com

Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Graham (Gray) M. Buccigross
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
(650) 331-2000
gbuccigross@mayerbrown.com

Gregory J. Apgar
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
gapgar@mayerbrown.com

Luiz Miranda
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
lmiranda@mayerbrown.com

**Counsel for Plaintiffs Pantech Corporation and Pantech Wireless, LLC**

By:   */s/ G. Blake Thompson*
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 657-8540
(903) 657-6003 (fax)

>LEYDIG, VOIT & MAYER, LTD.
>David M. Airan (lead counsel)
>Leonard Z. Hua
>Christopher J. Gass
>Two Prudential Plaza
>180 N. Stetson Ave., Suite 4900
>Chicago, IL 60601
>(312) 616-5600
>dairan@leydig.com
>lhua@leydig.com
>cgass@leydig.com
>
>**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant conferred with counsel for Plaintiffs, and they agree with this motion.

>　　　　/s/ G. Blake Thompson　　　
>**G. Blake Thompson**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 5th day of September, 2023.

>　　　　/s/ G. Blake Thompson　　　
>**G. Blake Thompson**