IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>Defendant. | No. 5:22-cv-00069-RWS-JBB<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING AGREED MOTION TO TAKE THE DEPOSITION OF ZHONGHUA ZHU AFTER THE CLOSE OF FACT DISCOVERY

This matter came before the Court on the Agreed Motion to Take the Deposition of Zhonghua Zhu after the Close of Fact Discovery. The Court, having reviewed the Motion, hereby **GRANTS** the Motion. Dkt. No. 59.

**IT IS THEREFORE ORDERED** that the Agreed Motion to Take the Deposition of Zhonghua Zhu after the Close of Fact Discovery (Dkt. No. 59) is **GRANTED**.

SIGNED this the 6th day of September, 2023.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE