IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PANTECH CORPORATION et al | § | |
| | § | |
| V. | § | CIVIL NO. 5:22CV69 |
| | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) | § | |
| CO., LTD. | § | |

---

MINUTES FOR HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
FEBRUARY 6, 2024

OPEN: 10:00 a.m.                                                          ADJOURN: 1:08 p.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Geoff Culbertson, Kelly Tidwell, Tripp Fussell, Clark Bakewell and Courtney Krawice |
| ATTORNEYS FOR DEFENDANTS: | Andy Tindel, Paul Filbin, David Airan, Chris Gass and Wesley Mueller |
| LAW CLERK: | Hayley Ostrin |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

---

| | |
|---|---|
| 10:00 a.m. | Case called; parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments |
| 10:03 a.m. | Ms. Courtney Krawice argues Plaintiff's Motion for Summary Judgment (dkt. #79) |
| 10:13 a.m. | Court questions Ms. Krawice; Ms. Krawice responds |
| 10:16 a.m. | Court question Ms. Krawice; Ms. Kwacie responds |
| 10:18 a.m. | Mr. Wes Mueller responds to argument |
| 10:21 a.m. | Ms. Krawice replies |

| | |
|---|---|
| 10:24 a.m. | Mr. Paul Filbin argues Defendant's Motion to Strike Portions of Expert Testimony of Jonathan D. Putnam (dkt. #85) |
| 10:36 a.m. | Court questions Mr. Filbin; Mr. Filbin responds |
| 10:38 a.m. | Mr. Tripp Fusserll responds to argument |
| 10:39 a.m. | Court questions Mr. Fussell; Mr. Fussell responds |
| 10:53 a.m. | Mr. Filbin replies |
| 10:56 a.m. | Mr. Clark Bakewell argues Plaintiff's Motion to Strike Claim Construction and Indefiniteness Opinions (dkt. #81) |
| 11:01 a.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 11:04 a.m. | Mr. Chriss Gass responds to argument |
| 11:04 a.m. | Court questions Mr. Gass; Mr. Gass responds |
| 11:08 a.m. | Mr. Davdi Airan argues Defendant's Motion for Summary Judgment relating to the '052 patent (dkt. #86) |
| 11:27 a.m. | Mr. Bakewell responds to argument |
| 11:30 a.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 11:35 a.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 11:43 a.m. | Court questions Mr. Airan; Mr. Airan responds |
| 11:45 a.m. | Mr. Airan replies |
| 11:47 a.m. | Court questions Mr. Airan; Mr. Airan responds |
| 11:48 a.m. | Mr. Bakewell responds |
| 11:50 a.m. | Recess |
| 12:00 p.m. | Mr. Kelly Tidwell argues Plaintiff's Motions to Strike (dkt. #78 and #80) |
| 12:11 p.m. | Court questions Mr. Tidwell; Mr. Tidwell responds |
| 12:19 p.m. | Court questions Mr. Filbin; Mr. Filbin responds |

| | |
|---|---|
| 12:22 p.m. | Mr. Filbin responds to argument |
| 12:25 p.m. | Mr. Tidwell replies |
| 12:27 p.m. | Mr. Airan argues Defendant's Motion for Summary Judgment of Invalidity and Non-infringement of the '654 Patent (dkt. #84) |
| 12:35 p.m. | Court questions Mr. Airan; Mr. Airan responds |
| 12:39 p.m. | Mr. Bakewell responds to argument |
| 12:45 p.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 12:47 p.m. | Mr. Airan replies |
| 12:49 p.m. | Mr. Mueller argues Motions for Summary Judgment regarding Patent Exhaustion (dkt. #87 and #79) |
| 12:53 p.m. | Court questions Mr. Mueller; Mr. Mueller responds |
| 12:58 p.m. | Court questions Mr. Mueller; Mr. Mueller responds |
| 1:02 p.m. | Mr. Fussell responds to argument |
| 1:07 p.m. | Court instructs the parties to docket all slides used today |
| 1:08 p.m. | Recess |