IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

| | | |
|---|---|---|
| PANTECH CORPORATION et al | § | |
| | § | |
| V. | § | CIVIL NO. 5:22CV69 |
| | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) | § | |
| CO., LTD. | § | |

---

MINUTES FOR PRETRIAL CONFERENCE AND MOTIONS HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
FEBRUARY 28, 2024

OPEN: 10:19 a.m.                                          ADJOURN: 2:02 p.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Geoff Culbertson, Kelly Tidwell, Tripp Fussell, Clark Bakewell, Gray Buccigross and Courtney Krawice |
| ATTORNEYS FOR DEFENDANTS: | Blake Thompson, Paul Filbin, David Airan, Chris Gass, Mike Schubert and Wesley Mueller |
| LAW CLERK: | Hayley Ostrin |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

---

10:19 a.m.     Case called; parties introduce themselves and announce ready; Court welcomes
everyone and gives preliminary comments; parties are to file a revised joint
proposed final pretrial order by Friday; parties will receive 11 hours per side to
present case; 30 minutes per side for voir dire; 30 minutes per side for opening
statements; 30 minutes per side for closing; jury questionnaires ready at noon on
Friday, March 22; parties are to inform the Court if they will provide preliminary
instructions by next Wednesday; final instructions and joint verdict form due by
next Wednesday; panel size of 28; three peremptory strikes per side; as of today,
trial days will be 9:00 - 5:00; parties are to inform the Court by next Wednesday
whether or not we will use questions from the jury; all agreed motions in limine
will be granted

| | |
|---|---|
| 10:47 a.m. | Mr. Clark Bakewell argues Pantech's MIL #1 |
| 10:48 a.m. | Mr. Mike Schubert responds |
| 10:50 a.m. | Court questions Mr. Schubert; Mr. Schubert responds |
| 10:51 a.m. | Mr. Geoff Culbertson argues Pantech's MIL #2 |
| 10:56 a.m. | Mr. David Airan responds |
| 10:57 a.m. | Court questions Mr. Airan; Mr. Airan responds |
| 11:00 a.m. | Mr. Bakewell argues Pantech's MIL #3 |
| 11:02 a.m. | Mr. Chris Gass responds |
| 11:04 a.m. | Court questions Mr. Gass |
| 11:04 a.m. | Mr. Bakewell replies |
| 11:04 a.m. | Court questions Mr. Gass; Mr. Gass responds |
| 11:05 a.m. | Mr. Culbertson argues Pantech's MIL #4 |
| 11:07 a.m. | Court questions Mr. Culbertson; Mr. Culbertson responds |
| 11:11 a.m. | Mr. Wesley Mueller responds |
| 11:11 a.m. | Courtroom sealed |
| 11:13 a.m. | Court questions Mr. Mueller; Mr. Mueller responds |
| 11:18 a.m. | Courtroom unsealed |
| 11:18 a.m. | Mr. Kelly Tidwell argues Pantech's MIL #5 |
| 11:21 a.m. | Mr. Blake Thompson responds |
| 11:22 a.m. | Court questions Mr. Thompson; Mr. Thompson responds |
| 11:25 a.m. | Mr. Gray Buccigross argues Pantech's MIL #6 |
| 11:30 a.m. | Court questions Mr. Buccigross; Mr. Buccigross responds |
| 11:31 a.m. | Mr. Paul Filbin responds |

| | |
|---|---|
| 11:33 a.m. | Court questions Mr. Filbin; Mr. Filbin responds |
| 11:35 a.m. | Mr. Buccigross replies |
| 11:36 a.m. | Mr. Tidwell argues Pantech's MIL #7 |
| 11:40 a.m. | Mr. Filbin responds |
| 11:42 a.m. | Mr. Tidwell replies |
| 11:42 a.m. | Court questions Mr. Filbin; Mr. Filbin responds |
| 11:43 a.m. | Mr. Tripp Fussell argues MIL #8 |
| 11:46 a.m. | Court questions Mr. Fussell; Mr. Fussell responds |
| 11:52 a.m. | Court questions Mr. Fussell; Mr. Fussell responds |
| 11:53 a.m. | Mr. Fussell argues MIL #9 |
| 11:56 a.m. | Mr. Schubert responds |
| 11:59 a.m. | Court questions Mr. Schubert; Mr. Schubert responds |
| 12:00 p.m. | Mr. Fussell replies |
| 12:02 p.m. | Mr. Bakewell argues Pantech's MIL #10 |
| 12:07 p.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 12:07 p.m. | Mr. Airan responds |
| 12:11 p.m. | Court questions Mr. Airan; Mr. Airan responds |
| 12:12 p.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 12:14 p.m. | Mr. Airan responds |
| 12:15 p.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 12:17 p.m. | Recess |
| 1:17 p.m. | Mr. Thompson argues OnePlus's MIL #1 |
| 1:22 p.m. | Mr. Tidwell responds |

| | |
|---|---|
| 1:23 p.m. | Court questions Mr. Tidwell; Mr. Tidwell responds |
| 1:25 p.m. | Mr. Airan argues OnePlus's MIL #2 |
| 1:28 p.m. | Mr. Bakewell responds |
| 1:31 p.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 1:33 p.m. | Mr. Airan replies |
| 1:34 p.m. | Mr. Gass argues OnePlus's MIL #3 |
| 1:36 p.m. | Court questions Mr. Gass; Mr. Gass responds |
| 1:37 p.m. | Mr. Bakewell responds |
| 1:37 p.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 1:39 p.m. | Court questions Mr. Gass; Mr. Gass responds |
| 1:39 p.m. | Court questions Mr. Bakewell; Mr. Bakewell responds |
| 1:40 p.m. | Mr. Filbin argues OnePlus's MIL #4 |
| 1:44 p.m. | Court questions Mr. Fussell; Mr. Fussell responds |
| 1:48 p.m. | Mr. Filbin replies |
| 1:49 p.m. | Mr. Gass argues OnePlus's MIL #5 |
| 1:51 p.m. | Mr. Buccigross responds |
| 1:57 p.m. | Court instructs parties to meet and confer one week after the order on the motions in limine has been entered regarding objections to exhibits and depo designation; Court and parties discussed having jury selection on Thursday, March 21 |
| 2:02 p.m. | Recess |