AIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>Defendant. | Case No. 5:22-cv-00069-RWS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' FINAL LIST OF ALL ADMITTED EXHIBITS**

| Judge Robert W. Schroeder III | | | PLAINTIFFS' ATTORNEY<br>Patton, Tidwell & Culbertson, LLP<br>Mayer Brown LLP | DEFENDANT'S ATTORNEY<br>Leydig, Voit & Mayer, Ltd.<br>Mann | Tindel | Thompson |
|---|---|---|---|---|
| TRIAL DATE (S) March 25, 2024 | | | COURT REPORTER | COURTROOM DEPUTY |
| PL / Def. No. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* | BATES RANGE |
| PX 001 | 3/25/24 | 3/27/24 | U.S. Patent No. 10,869,247 | PANTECH_ONEPLUS0000012 - 25 |
| PX 002 | 3/26/24 | 3/27/24 | U.S. Patent No. 9,063,654 | PANTECH_ONEPLUS0000097 - 110 |
| PX 003 | 3/26/24 | 3/27/24 | U.S. Patent No. 8,893,052 | PANTECH_ONEPLUS0000075 - 96 |
| PX 004 | 3/25/24 | 3/27/24 | U.S. Patent No. 11,012,954 | PANTECH_ONEPLUS0000026 - 53 |
| PX 005 | 3/25/24 | 3/27/24 | U.S. Patent No. 9,548,839 | PANTECH_ONEPLUS0000111 - 128 |
| PX 006 | 3/26/24 | 3/27/24 | File History for U.S. Patent No. 10,869,247 | PANTECH_ONEPLUS0007433 - 7621 |
| PX 007 | 3/28/24 | 3/28/24 | File History for U.S. Patent No. 9,063,654 | PANTECH_ONEPLUS0010021 - 10296 |
| PX 008 | 3/26/24 | 3/27/24 | File History for U.S. Patent No. 8,893,052 | PANTECH_ONEPLUS0009424 - 10020 |
| PX 009 | 3/26/24 | 3/27/24 | File History for U.S. Patent No. 11,012,954 | PANTECH_ONEPLUS0007622 - 7966 |
| PX 010 | 3/26/24 | 3/27/24 | File History for U.S. Patent No. 9,548,839 | PANTECH_ONEPLUS0010297 - 10463 |
| PX 014 | 3/25/24 | 3/27/24 | Assignment Records for Asserted Patents | PANTECH_ONEPLUS0010821 - 11049;<br>PANTECH_ONEPLUS0011078 - 11136;<br>PANTECH_ONEPLUS0011145 - 11308;<br>PANTECH_ONEPLUS0011349 - 11407;<br>PANTECH_ONEPLUS0011414 - 11438;<br>PANTECH_ONEPLUS0011453 - 11455 |
| PX 016 | 3/25/24 | 3/27/24 | Patent Transfer Agreement Between RnB Wireless LLC and Pantech Wireless, LLC | PANTECH_ONEPLUS0038948 - 39075 |
| PX 017 | 3/25/24 | 3/27/24 | Assignment of Patent Rights between GoldPeak Innovations Inc. and Pantech Corporation (2020); Patent Purchase Agreement between GoldPeak | PANTECH_ONEPLUS0039076 - 39092;<br>PANTECH_ONEPLUS0039093 - 39121;<br>Jung Dep. Ex. 7 |

| | | | | |
|---|---|---|---|---|
| PX 018 | 3/25/24 | 3/27/24 | Assignment of Patent Rights between Pantech Inc. and Pantech Corporation (2020); IP Sale and Purchase Agreement between Pantech Inc. and | PANTECH_ONEPLUS0039122 - 39144; PANTECH_ONEPLUS0039145 - 39184; Jung Dep. Ex. 9 |
| PX 035 | 3/28/24 | 3/28/24 | June 29, 2020 Email Chain between Pantech and OnePlus | PANTECH_ONEPLUS0012272 |
| PX 037 | 3/25/24 | 3/27/24 | March 2021 Pantech Intellectual Property Licensing Program Presentation | PANTECH_ONEPLUS0012276 - 12304 |
| PX 040 | 3/25/24 | 3/27/24 | License Agreement | PANTECH_ONEPLUS0010699 - 10713 |
| PX 041 | 3/25/24 | 3/27/24 | License Agreement | PANTECH_ONEPLUS0010714 - 10728 |
| PX 042 | 3/25/24 | 3/27/24 | License Agreement | PANTECH_ONEPLUS0010729 - 10742 |
| PX 043 | 3/25/24 | 3/27/24 | License Agreement | PANTECH_ONEPLUS0038893 - 38947 |
| PX 044 | 3/25/24 | 3/27/24 | License Agreement | PANTECH_ONEPLUS0073326 - 73350 |
| PX 052 | 3/26/24 | 3/27/24 | Variant Certification Test Report | ONEPLUS0068616 - 69585 |
| PX 053 | 3/26/24 | 3/27/24 | Initial Certification Test Report | ONEPLUS0069930 - 70965 |
| PX 054 | 3/26/24 | 3/27/24 | Initial Certification Test Report | ONEPLUS0108563 - 109526 |
| PX 055 | 3/26/24 | 3/27/24 | Initial Certification Test Report | ONEPLUS0109527 - 110490 |
| PX 056 | 3/26/24 | 3/27/24 | Variant Certification Test Report | ONEPLUS0110842 - 111824 |
| PX 057 | 3/26/24 | 3/27/24 | LTE Test Report | ONEPLUS0042090 - 42440 |
| PX 058 | 3/26/24 | 3/27/24 | LTE Test Report | ONEPLUS0047703 - 48077 |
| PX 059 | 3/26/24 | 3/27/24 | LTE Test Report | ONEPLUS0048703 - 49077 |
| PX 060 | 3/26/24 | 3/27/24 | LTE Test Report | ONEPLUS0049100 - 49465 |
| PX 061 | 3/26/24 | 3/27/24 | Variant Certification Test Report | ONEPLUS0034030 - 35046 |
| PX 062 | 3/26/24 | 3/27/24 | Variant Certification Test Report | ONEPLUS0054126 - 55168 |
| PX 063 | 3/25/24 | 3/27/24 | Variant Certification Test Report | ONEPLUS0052673 - 53778 |
| PX 064 | 3/26/24 | 3/27/24 | Variant Certification Test Report | ONEPLUS0084135 - 85180 |
| PX 065 | 3/26/24 | 3/27/24 | Initial Certification Test Report | ONEPLUS0095514 - 96603 |
| PX 066 | 3/26/24 | 3/27/24 | LTE Test Report | ONEPLUS0063429 - 63957 |
| PX 067 | 3/26/24 | 3/27/24 | LTE Test Report | ONEPLUS0131020 - 131339 |
| PX 068 | 3/26/24 | 3/27/24 | Variant Certification Test Report | ONEPLUS0045426 - 46282 |
| PX 069 | 3/26/24 | 3/27/24 | Initial Certification Test Report | ONEPLUS0046628 - 47509 |
| PX 070 | 3/26/24 | 3/27/24 | LTE Test Report | ONEPLUS0099582 - 100165 |
| PX 071 | 3/26/24 | 3/27/24 | Qualcomm DataSheets (Snapdragon 8+ Gen 1; Snapdragon 480 5G; Snapdragon 835; Snapdragon 8 Gen 1; Snapdragon 845; Snapdragon 888 5G; Snapdragon 865 5G; Snapdragon 821; Snapdragon 690 5G; Snapdragon 820; Snapdragon 695 5G; | ONEPLUS0000001 - 28 |
| PX 079 | 3/25/24 | 3/27/24 | 3GPP TS 36.211 v8.9.0 | Ex. 1020 to Invalidity Expert Report of Apostolos K. Kakaes, Ph.D. |
| PX 087 | 3/25/24 | 3/27/24 | 3GPP TS 36.321 v11.1.0 | Ex. 1026 to Invalidity Expert Report of Apostolos K. Kakaes, Ph.D. |

| | | | | |
|---|---|---|---|---|
| PX 088 | 3/25/24 | 3/27/24 | 3GPP TS 36.523-1 v16.7.0 | PANTECH_ONEPLUS0066064 - 72920 |
| PX 089 | 3/25/24 | 3/27/24 | 3GPP TS 36.300 v11.6.0 | ONEPLUS0004296 - 4518 |
| PX 090 | 3/25/24 | 3/27/24 | 3GPP TS 36.331 v11.2.0 | Ex. 1027 to Invalidity Expert Report of Apostolos K. Kakaes, Ph.D. |
| PX 092 | 3/25/24 | 3/27/24 | 3GPP TS 36.213 v.11.1.0 | ONEPLUS0003190 - 3351 |
| PX 094 | 3/25/24 | 3/27/24 | 3GPP TS 38.523-1 v16.6.0 | PANTECH_ONEPLUS0053830 - 56311 |
| PX 095 | 3/25/24 | 3/27/24 | 3GPP TS 37.340 v16.2.0 | |
| PX 096 | 3/25/24 | 3/27/24 | 3GPP TS 38.321 v15.8.0 | |
| PX 097 | 3/25/24 | 3/27/24 | 3GPP TS 38.212 v15.8.0 | |
| PX 098 | 3/25/24 | 3/27/24 | 3GPP TS 38.523-1 v16.7.0 | PANTECH_ONEPLUS0063334 - 66054 |
| PX 103 | 3/26/24 | 3/27/24 | Appendix F - Example 2 Video C | Appendix F to Initial Expert Report of Charles Mauro |
| PX 104 | 3/26/24 | 3/27/24 | Appendix G - Example 2 Video D | Appendix G to Initial Expert Report of Charles Mauro |
| PX 105 | 3/26/24 | 3/27/24 | Appendix H - Example 3 Video E | Appendix H to Initial Expert Report of Charles Mauro |
| PX 107 | 3/26/24 | 3/27/24 | Appendix J - Additional Screenshots | Appendix J to Initial Expert Report of Charles Mauro |
| PX 112 | 3/26/24 | 3/27/24 | Printout, https://developer.android.com/reference/android/app/Activity#developer-guides | |
| PX 113 | 3/26/24 | 3/27/24 | Printout, frameworks/base/services/core/java/com/android/server/power/PowerManagerService.java (version: "android13-release") | |
| PX 114 | 3/26/24 | 3/27/24 | Printout, frameworks/base/services/core/java/com/android/server/power/Notifier.java (version: "android13-release") | |
| PX 115 | 3/26/24 | 3/27/24 | Printout, frameworks/base/core/java/android/os/PowerManagerInternal.java (version: "android13-release") | |
| PX 116 | 3/26/24 | 3/27/24 | Printout, frameworks/base/core/java/android/content/pm/LauncherApps.java (version: "android13-release") | |
| PX 117 | 3/26/24 | 3/27/24 | Printout, packages/apps/Launcher3/src/com/android/launcher3/shortcuts/ShortcutRequest.java (version: "android13-release") | |
| PX 118 | 3/26/24 | 3/27/24 | Printout, packages/apps/Launcher3/src/com/android/launcher3/popup/PopupPopulator.java (version: "android13-release") | |
| PX 121 | 3/26/24 | 3/27/24 | Appendix E - Video A | Appendix E to Stevenson Initial Expert Report |
| PX 123 | 3/26/24 | 3/27/24 | Appendix G - Video C | Appendix G to Stevenson Initial Expert Report |
| PX 125 | 3/26/24 | 3/27/24 | Appendix I - Video E | Appendix I to Stevenson Initial Expert Report |
| PX 130 | 3/26/24 | 3/27/24 | Appendix N - Side by Side Video 2 | Appendix N to Stevenson Initial Expert Report |
| PX 133 | 3/26/24 | 3/27/24 | OnePlus 10T 5G Technical Specifications | ONEPLUS0000051 - 59 |
| PX 135 | 3/26/24 | 3/27/24 | OnePlus 8 Technical Specifications | ONEPLUS0000139 - 147 |
| PX 136 | 3/26/24 | 3/27/24 | OnePlus 10T 5G User Manual | ONEPLUS0000921 - 1037 |

| | | | | |
|---|---|---|---|---|
| PX 138 | 3/26/24 | 3/27/24 | OnePlus Website Technical Specification Printouts (10 Pro 5G, 7T, 8 Pro, 8T, 9 Pro 5G, 9 5G, Nord N10 5G, Nord N100) | PANTECH_ONEPLUS0000223 – 239; PANTECH_ONEPLUS0002580 – 2584; PANTECH_ONEPLUS0002924 – 2931; PANTECH_ONEPLUS0003153 – 3159; PANTECH_ONEPLUS0003602 – 3609; PANTECH_ONEPLUS0003610 – 3617; PANTECH_ONEPLUS0003619 – 3626; PANTECH_ONEPLUS0003634 – 3640 |
| PX 139 | 3/26/24 | 3/27/24 | OnePlus User Guides (10T 5G, 10 Pro 5G, 7T Pro, 7T, 8T, 8 Pro, 8, 9 Pro 5G, 9 5G, Nord N100, Nord N20 5G, Nord N200 5G, Nord N20 5G, X) | PANTECH_ONEPLUS0004532 – 4648; PANTECH_ONEPLUS0004649 – 4771; PANTECH_ONEPLUS0004949 – 5058; PANTECH_ONEPLUS0005059 – 5184; PANTECH_ONEPLUS0005300 – 5433; PANTECH_ONEPLUS0005434 – 5569; PANTECH_ONEPLUS0005570 – 5704; PANTECH_ONEPLUS0005705 – 5840; PANTECH_ONEPLUS0005841 – 5971; PANTECH_ONEPLUS0006201 – 6327; PANTECH_ONEPLUS0006328 – 6459; PANTECH_ONEPLUS0006460 – 6577; PANTECH_ONEPLUS0006578 – 6702 |
| PX 175 | 3.25 (PA) | 3/27/24 | OnePlus Sales Spreadsheet | ONEPLUS0145481 - 145481 |
| PX 182 | 3/25/24 | 3/27/24 | License Agreement | PANTECH_ONEPLUS0040090 - 40146 |
| PX 183 | 3/28/24 | 3/28/24 | License Agreements, Amendments, and Letter Agreements with Third Party | PANTECHINC0000001 - 47; PANTECHINC0000063 - 128, PANTECHINC0000143 - 144; PANTECHINC0000407 - 409; PANTECHINC0000426 - 482 |
| PX 189 | 3/26/24 | 3/27/24 | Patent Purchase Agreement | PANTECHINC0000410 - 425 |
| PX 226 | 3/27/2024 | 3/28/2024 | FCC Test Report No. FC0O2801-02 | ONEPLUS0062968 - 62992 |
| PX 227 | 3/27/2024 | 3/28/2024 | OnePlus Sales Spreadsheet | ONEPLUS0640691 |
| PX 231 | 3/25/24 | 3/27/24 | OnePlus First Supplemental Objections and Responses to Pantech's First Set of Interrogatories (August 16, 2023) [Redacted] | |
| PX 233 | 3/26/24 | 3/27/24 | OnePlus Second Supplemental Objections and Responses to Pantech's First Set of Interrogatories (September 1, 2023) [Redacted] | |
| PPX 001 | 3/26/24 | 3/27/24 | OnePlus 10T 5G | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

_[signature]_
Oneplus

_[signature]_
Pantech