

The Snapdragon® 8+ Gen 1 Mobile Platform is our premium-tier powerhouse. New power and performance enhancements deliver the ultimate boost across all your on-device experiences.

## Boosted power and performance

Watch, immerse, conquer, and create—all at once and for longer. The improved Qualcomm® Kryo™ CPU delivers faster, more efficient on-device cross-tasking, even when using robust apps. Browse the web or check in with social networks for over 50 minutes longer. Your favorite experiences are now extended, enhanced, and ever-seamless, all backed by advanced, power-saving processing.

- 10% faster CPU oerformance
- 30% CPU improved power efficiency
- Up to 3.2 GHz¹ peak CPU speeds

## Amped-up gameplay—unleashed

Mobile gameplay reaches uncharted territory with the full suite of Snapdragon Elite Gaming™ features in your arsenal. Combined with our improved Qualcomm® Adreno™ GPU, experience flawless, real-time visuals that keep you fully immersed in the action. Plus, new power efficiencies enable gameplay for up to an hour longer, so you can outlast the competition.

- Up to 10% faster GPU clock speeds
- 30% GPU power reduction
- Volumetric Rendering adds unrivaled realism to graphics like fog and smoke
- HDR gaming with 10-bit color depth and Rec. 2020 color gamut

## Unbeatable intelligence

The 7th Gen Qualcomm® AI Engine is our fastest and most advanced ever, providing intuitive, streamlined experiences across the board, including photography. When combined with camera, capture dynamic footage with simultaneous AI Bokeh effects and face tracking. No matter what mobile activity you choose, Snapdragon Smart works seamlessly to elevate every interaction.

- Up to 20% better performance/watt than predecessor
- 3rd Gen Qualcomm® Sensing Hub features a low-power AI system with new architecture for intelligent sensing experiences that won't affect battery life

## Astonishing capture

Experience the brilliance of Snapdragon Sight™, packing our 18-bit triple ISP for jaw-dropping imagery, brimming with vivid color and clarity. Record 8K HDR video in over a billion radiant shades of color and snap up to 64 MP photos, simultaneously, with fine detail. Plus, harness mega low light capture for clear photos of nighttime settings—without all the noise.

- Triple 18-bit Qualcomm Spectra™ Image Signal Processor captures over 4,000x more camera data than the 14-bit IS²
- Mega low light capture snaps 30 images and merges the best parts into one shot for brighter, more visible photos after dark
- Staggering capture speeds up to 3.2 gigapixels per second

## Full-throttle connectivity

Connect anywhere faster and for even longer with Snapdragon Connect technologies. Our 4th Gen Snapdragon X65 5G Modem-RF System delivers fiber-like speeds for blazing-fast movies and TV downloads plus video sharing. And our Qualcomm® FastConnect™ 6900 Mobile Connectivity System offers lightning-fast Wi-Fi for crisper video calls and responsive gaming.

- 5G speeds up to 10 Gbps with support for more networks, frequencies, and bandwidths globally
- Wi-Fi 6 / 6E speeds up to 3.6 Gbps
- Improved power provides over 5 ½ hours longer talk time and over 25 minutes longer 5G WeChat video calling

## Premium sound

Snapdragon Sound™ Technology brings together our very best audio, connectivity, and mobile innovations to deliver high-resolution music, crystal-clear voice calls, and lag-free gaming—with superior connectivity and extended battery life. This is how sound should sound.

- Snapdragon Sound packs Qualcomm® aptX™ Lossless Technology and LE Audio with over 17 hours longer audio playback

Pantech Exhibit

PX-071

5:22-CV-00069-RWS

*Snapdragon 8+ Gen 1 Mobile Platform also available in 3 GHz CPU version. Maximum CPU speed will vary based on platform version. Consult OEM specifications for device CPU speed.

All comparisons made are in reference to previous generation. Snapdragon 8 Gen 1 Mobile Platform. Results will vary depending on OEM implementation and other factors. Battery life varies significantly based on device, setting, usage, and other factors. Snapdragon, Qualcomm Kryo, Snapdragon Elite Gaming, Qualcomm Adreno, Qualcomm AI Engine, Qualcomm Sensing Hub, Snapdragon Sight, Qualcomm Spectra, Qualcomm FastConnect, Snapdragon Sound, and Qualcomm aptX are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

# Snapdragon
## 8+ mobile platform Gen 1

## Artificial Intelligence

Qualcomm® Adreno™ GPU

Qualcomm® Kryo™ CPU

Qualcomm® Hexagon™ Processor
- Fused AI Accelerator
  - Hexagon Tensor Accelerator
  - Hexagon Vector eXtensions
  - Hexagon Scalar Accelerator
- Support for mix precision( INT8+INT16)
- Support for all precisions (INT8, INT16, FP16)

Qualcomm® Sensing Hub

## 5G Modem-RF System

Snapdragon® X65 5G Modem-RF System
- 5G mmWave and sub-6 GHz, standalone
- (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 8 carriers, 2x2 MIMO
- Sub-6 GHz: 4x4 MIMO
- Qualcomm® 5G PowerSave 2.0
- Qualcomm® Smart Transmit™ 2.0 technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® AI-Enhanced Signal Boost
- Global 5G multi SIM

Downlink: Up to 10 Gbps

Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, CDMA 1x, EV-DO, GSM/EDGE

## Wi-Fi & Bluetooth®

Qualcomm® FastConnect™ 6900 System
- Wi-Fi Standards: Wi-Fi 6E, Wi-Fi 6 (802.11ax),
- Wi-Fi 5 (802.11ac), 802.11a/b/g/n
- Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz, 6 GHz
- Peak speed: 3.6 Gbps
- Channel Bandwidth: 20/40/80/160 MHz
- 8-stream sounding (for 8x8 MU-MIMO)
- MIMO Configuration: 2x2 (2-stream)
- MU-MIMO (Uplink & Downlink)
- 4K QAM
- OFDMA (Uplink & Downlink)
- 4-Stream (2x2 + 2x2) Dual Band Simultaneous (DBS)
- Wi-Fi Security: WPA3-Enterprise, WPA3- Enhanced Open, WPA3 Easy Connect, WPA3-Personal

Integrated Bluetooth
- Bluetooth Features: Bluetooth® 5.3, LE Audio, Dual Bluetooth antennas
- Bluetooth audio: Snapdragon Sound™ Technology with support for Qualcomm® aptX™ Voice, aptX Lossless, aptX Adaptive, and LE audio

## Camera

Qualcomm Spectra™ Image Signal Processor
- Triple 18-bit ISPs
- Up to 3.2 Gigapixels per Second computer vision ISP (CV-ISP)
- Up to 36 MP triple camera @ 30 FPS with Zero Shutter Lag
- Up to 64+36 MP dual camera @ 30 FPS with Zero Shutter Lag
- Up to 108 MP single camera @ 30 FPS with Zero Shutter Lag
- Up to 200 Megapixel Photo Capture

Rec. 2020 color gamut photo and video capture

Up to 10-bit color depth photo and video capture

8K HDR Video Capture + 64 MP Photo Capture

10-bit HEIF: HEIC photo capture, HEVC video capture

Video Capture Formats: HDR10+, HDR10, HLG, Dolby Vision

8K HDR Video Capture @ 30 FPS

4K Video Capture @ 120 FPS

Slow-mo video capture at 720p @ 960 FPS

Bokeh Engine for Video Capture

Video super resolution

Multi-frame Noise Reduction (MFNR)

Locally Motion Compensated Temporal Filtering

Multi-Frame and triple exposure staggered/digital overlap HDR dual-sensor support

AI-based face detection, auto-focus, and auto-exposure

## Audio

Qualcomm Aqstic™ audio codec (WCD9385)

New Qualcomm Aqstic smart speaker amplifier (WSA8835)

Total Harmonic Distortion + Noise (THD+N), Playback -108dB

Qualcomm® Audio and Voice Communication Suite

## Display

On-Device Display Support:
- 4K @ 60 Hz
- QHD+ @ 144 Hz

Maximum External Display Support: up to 4K @ 60 Hz
- 10-bit color depth, Rec. 2020 color gamut
- HDR10 and HDR10+

Demura and subpixel rendering for OLED Uniformity

## CPU

Kryo CPU
- Up to 3.2 GHz*, with Arm Cortex-X2 technology
- 64-bit Architecture

## Visual Subsystem

Adreno GPU
- Vulkan® 1.1 API support
- HDR gaming (10-bit color depth, Rec. 2020 color gamut)
- Physically Based Rendering
- Volumetric Rendering
- Adreno Frame Motion Engine
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1
- Hardware-accelerated H.265 and VP9 decoder
- HDR Playback Codec support for HDR10+, HDR10, HLG and Dolby Vision

## Security

Platform Security Foundations, Trusted Execution Environment & Services, Secure Processing Unit (SPU)

Trust Management Engine

Qualcomm® wireless edge services (WES) and premium security features

Qualcomm® 3D Sonic Sensor and Qualcomm® 3D Sonic Max (fingerprint sensor)

Qualcomm® Type-1 Hypervisor

## Charging

Qualcomm® Quick Charge™ 5 Technology

## Location

GPS, Glonass, BeiDou, Galileo, QZSS, NavIC capable

Dual Frequency GNSS (L1/L5)

Sensor-Assisted Positioning
- Urban pedestrian navigation with sidewalk accuracy
- Global freeway lane-level vehicle navigation

## Memory

Support for LP-DDR5 memory up to 3200 MHz

Memory Density: up to 16 GB

## General Specifications

Full Suite of Snapdragon Elite Gaming™ features

4 nm Process Technology

USB Version 3.1; USB Type-C Support

Part Number: SM8475

**snapdragon.com**

*Snapdragon 8+ Gen 1 Mobile Platform also available in 3GHz CPU version. Maximum CPU speed will vary based on platform version. Consult OEM specifications for device CPU speed.

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Snapdragon, Qualcomm, Qualcomm Hexagon, Qualcomm Kryo, Qualcomm 5G PowerSave, Qualcomm Kryo, Qualcomm Smart Transmit, Qualcomm Wideband Envelope Tracking, Qualcomm AI-Enhanced Signal Boost, Qualcomm Spectra, Qualcomm Aqstic, Qualcomm 3D Sonic Sensor, Qualcomm Type-1 Hypervisor, Qualcomm Adreno, Qualcomm Sensing Hub, Qualcomm 3D Sonic Max, Qualcomm FastConnect, Snapdragon Sound, Qualcomm aptX, Snapdragon Elite Gaming, and Qualcomm Quick Charge are products of Qualcomm Technologies, Inc. and/or its subsidiaries. Qualcomm wireless edge services are offered by Qualcomm Technologies Inc. and/or its subsidiaries.

Snapdragon, Qualcomm, Hexagon, Snapdragon Elite Gaming, Adreno, FastConnect, Snapdragon Sound, Kryo, Smart Transmit, Qualcomm Spectra, Qualcomm Aqstic, Snapdragon Sight, and Quick Charge are trademarks or registered trademarks of Qualcomm Incorporated. aptX is a trademark or registered trademark of Qualcomm Technologies International, Ltd.

©2022 Qualcomm Technologies, Inc. and/or its affiliated companies. All Rights Reserved.



## Qualcomm snapdragon
480 5G mobile platform

480

The Qualcomm® Snapdragon™ 480 5G Mobile Platform brings boundless, borderless 5G to the 4-series for the very first time. Get ready to experience series-defying performance and upgraded downtime, while making the connections that count most.



### Boundless, borderless 5G

Snapdragon is making history by bringing truly global 5G to our 4-series. Experience super-fast uploads and downloads, along with seamless streaming, navigation, and sharing. Plus, support for multiple frequencies offers complete flexibility and accessibility. This is top-tier connectivity—now available to the masses.

- Qualcomm® Snapdragon™ X51 5G Modem-RF System
- Support for both mmWave and Sub-6 GHz
- Support for SA and NSA modes, plus TDD, FDD, and Dynamic Spectrum Sharing (DSS)



### Series-defying performance

Introducing the fastest, most robust platform in its class, by far. With over 100% CPU and GPU improvements, a highly efficient 8 nm processor, and an over 70% AI performance boost versus the predecessor, this platform delivers long-lasting speed, faster graphics rendering, and seamless app performance.

- 4-series firsts: 8 nm processor, Qualcomm® Quick Charge™ 4+ technology, and 2x2 Wi-Fi 6 capabilities
- Qualcomm® Kryo™ 460 CPU and Qualcomm® Adreno™ 619 GPU upgraded since the predecessor for incredible performance and visuals
- Qualcomm® Sensing Hub offers always-on contextual awareness



### Upgrade your downtime

Upgrade your entertainment across the board. Brilliant visuals, flawless streaming, select AAA game optimization, immersive audio—and more! Whether at home or on-the-go, this is entertainment never before experienced in a 4-series platform.

- Boosted CPU and GPU complement the first 120 fps FHD+ display support in a 4-series
- Qualcomm® aptX™ Audio and Bluetooth 5.1 capabilities produce crisp, clear audio
- 5G-capable and Wi-Fi 6-ready for lightning-fast content downloads and smooth streaming



### Connections that count

With first-in-series 5G and Wi-Fi 6-ready capabilities, wireless connections mean personal connections. Share photos, livestream, or game with friends in real time. Communicate with loved ones, in person or digitally. Make the trip using reliable navigation or join a video call with AI-based background noise suppression. This is true networking, as it should be.

- 2x2 Wi-Fi 6-ready and Snapdragon X51 5G Modem-RF System (both firsts in 4-series)
- Dual-frequency GNSS and NavIC
- Qualcomm Spectra™ 345 ISP plus AI-enhanced camera features
- First Triple ISP in the 4-series: capture three videos or photos simultaneously

To learn more visit
**snapdragon.com**

All comparisons made are in reference to previous generation, Snapdragon 460 mobile platform. Results will vary depending on OEM implementation and other factors. Battery life varies significantly based on device, setting, usage, and other factors.

Qualcomm Snapdragon, Qualcomm Quick Charge, Qualcomm Kryo, Qualcomm Adreno, Qualcomm Sensing Hub, Qualcomm aptX, and Qualcomm Spectra are products of Qualcomm Technologies Inc. and/or its subsidiaries.

ONEPLUS0000003

Qualcomm® Snapdragon™

# 480 5G Mobile Platform

## SPECIFICATIONS & FEATURES

### Qualcomm® Artifical Intelligence (AI) Engine

- Adreno 619 GPU
- Kryo 460 CPU
- Qualcomm® Hexagon™ 686 Processor
  - Hexagon Vector eXtensions
  - Hexagon Scalar Accelerator
- Qualcomm Sensing Hub
  - Ultra low power hub for audio, voice and sensors
  - Supports AI algorithms at low power
  - Support for fusing contextual data streams including sensors, audio and voice
  - Supports multiple hardware accelerated always-on voice assistants
  - Multi-mic far-field detection and echo cancellation

### 5G Modem-RF System

- Snapdragon X51 5G Modem-RF System – Modem to antenna integrated system for 5G multimode
- 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 200 MHz bandwidth, 2x2 MIMO
- Sub-6 GHz: 100 MHz bandwidth, 4x4 MIMO
- Qualcomm® 5G PowerSave
- Qualcomm® Smart Transmit™ technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® Signal Boost adaptive antenna tuning
- Global 5G multi-SIM
- Downlink: Up to 2.5 Gbps (5G), 800 Mbps (LTE)
- Uplink: Up to 660 Mbps (5G), 210 Mbps (LTE)
- Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

### Wi-Fi & Bluetooth

- Qualcomm® FastConnect™ 6200 System
  - Wi-Fi Standards: Wi-Fi 6-ready, 802.11ac Wave 2, 802.11a/b/g/n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz
  - Channel Utilization: 20/40/80 MHz
  - MIMO Configuration: 2x2

- 8-stream sounding, MU-MIMO
- Target Wake Time (TWT)
- Wi-Fi Security: WPA3-Enterprise, WPA3-Enhanced Open, WPA3 Easy Connect, WPA3-Personal
- Integrated Bluetooth
  - Bluetooth version: 5.1
  - Bluetooth audio: Qualcomm TrueWireless™ Technology, aptX Adaptive

### Camera

- Qualcomm Spectra™ 345 Image Signal Processor
- Triple 12-bit ISPs
- Up to 64 MP Photo Capture
- Up to 13 MP triple camera with 30 FPS Zero Shutter Lag and Multi-Frame Noise Reduction
- Up to 25 MP + 13 MP dual camera with 30 FPS Zero Shutter Lag and Multi-Frame Noise Reduction
- 1080p Single Video Capture @ 60 FPS
- 1080p Dual Video Capture @ 30 FPS
- 720p Triple Video Capture @ 30 FPS
- HEIC photo capture
- H.264 (AVC) and H.265 (HEVC) video capture
- Slow Motion video capture 720p @ 120 FPS

### Audio

- Qualcomm Aqstic™ audio codec (Up to WCD9385)
  - Total Harmonic Distortion + Noise (THD+N), Playback: -108dB
  - Native DSD support, PCM up to 384 kHz/32-bit
  - Customizable "Golden Ears" filter
- Low power audio subsystem
- DSP offload for low power audio playback (Bluetooth, USB digital, analog out)

### Display

- On-Device Display Support:
  - FHD+ (1080 x 2520 @ 120 Hz)
  - HD+ (900 x 1600 @ 120 Hz)

### CPU

- Kryo 460, Octa-core CPU
  - Up to 2.0 GHz
  - 64-bit architecture

### Visual Subsystem

- Adreno 619 GPU
- H.264 (AVC), H.265 (HEVC) VP8 and VP9 playback
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0, Vulkan® 1.1

### Security

- Platform Security Foundations: Qualcomm® Mobile Security, Qualcomm® Processor Security, Secure Boot, FIPS certified Hardware Crypto Cores, Hardware Key Manager
- Trusted Execution Environment and Services: Qualcomm® Trusted Execution Environment (QTEE), Camera Security Framework, Trusted UI Framework, Qualcomm® Malware Protection
  - Trusted framework for enabling secure use cases like biometric authentication, digital payments, and more.
- Premium security features: Qualcomm® Content Protection, Wireless Connection Security (Cellular & WiFi), Qualcomm® Wireless Edge Services (WES)

### Charging

- Quick Charge 4+ technology
- Location:Beidou, Galileo, GLONASS, NavIC, GPS, GNSS, QZSS
- Dual-Frequency GNSS (L1 + L5)
- Qualcomm® Sensor-Assisted Positioning

### General Specifications

- Memory: eMMC, UFS 2.2, 2x16 LP4x @ 2133 MHz
- Storage: eMMC 5.1, UFS 2.2
- Near Field Communications (NFC) support
- USB Type-C support
- 8 nm Process Technology
- Part number: SM4350

Qualcomm snapdragon

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm, Hexagon, Qualcomm Smart Transmit, Qualcomm FastConnect, Qualcomm TrueWireless, Qualcomm AI Engine, Qualcomm 5G Powersave, Qualcomm Wideband Envelope Tracking, Qualcomm Spectra, Qualcomm Processor Security, Qualcomm Signal Boost, Qualcomm Mobile Security, Qualcomm Malware Protection, Qualcomm WES, Qualcomm Aqstic, and Qualcomm Content Protection are products of Qualcomm Technologies Inc. and/or its subsidiaries.

©2020 Qualcomm Technologies, Inc. and/or its affiliated companies. All Rights Reserved.

Qualcomm, Snapdragon, Kryo, Adreno, Qualcomm Spectra, Hexagon, Quick Charge, Smart Transmit, FastConnect, Qualcomm Aqstic, and Qualcomm TrueWireless are trademarks or registered trademarks of Qualcomm Incorporated. Smart Transmit, FastConnect, and Quick Charge are trademarks of Qualcomm Incorporated. aptX is a trademark or registered trademark of Qualcomm Technologies International, Ltd. Other products and brand names may be trademarks or registered trademarks of their respective owners.

# QUALCOMM® SNAPDRAGON™
# 835
## MOBILE PLATFORM

## Snapdragon 835 mobile platform advancements:

+ Snapdragon X16 LTE modem: mobile connectivity with LTE download speeds up to 1 Gbps, multi-gigabit 802.11ad, and integrated 2x2 802.11ac Wi-Fi with MU-MIMO

+ Qualcomm® Quick Charge™ 4 technology: 20% faster, 30% more efficient than our previous generation, charge from zero to up to 50% in 15 minutes[2]

+ Qualcomm® Adreno™ 540 GPU with visual processing subsystem: Advanced 3-D graphics rendering and up to 60X more colors help deliver life-like visuals for immersive experiences[1]

+ Qualcomm Spectra™ 180 Camera ISP: Dual 14-bit ISPs support up to 32MP single or dual 16MP cameras for the ultimate photography and videography experience

+ Qualcomm® Hexagon™ 682 DSP: Support for latest Machine Learning frameworks and image processing. Includes Hexagon Vector eXtensions and Qualcomm All-Ways Aware™ technology utilizing connectivity and sensors

+ Qualcomm® Kryo™ 280 CPU: Manufactured in 10nm FinFET to deliver our most power-efficient architecture to date

**To learn more visit: snapdragon.com**

## Featuring our latest in Mobile Technology



### More power to power users

The Snapdragon 835 processor is 35% smaller and uses 25% less power than previous our designs, providing maximum performance, long battery life and super fast charging for today's power users.



### Putting the "real" in virtual reality

Experience superior virtual and augmented reality with immersive visuals, heightened 3D sounds, and intuitive interactions—with less of the lag or latency that causes motion sickness.



### Capture the world as you see it

With support for optical zoom for smooth close-ups, fast autofocus and cutting edge lowlight technology, you can now capture life almost as accurately and quickly as your eyes do.



### Fiber-optic Internet speeds, wirelessly

Stream highly-immersive VR videos, get lightning-fast access to your files in the cloud, and enjoy the convenience of Instant Apps.



### Comprehensive security from the inside out

Help protect yourself with authentication technologies such as fingerprint, iris scanning, facial recognition and voice print, plus other security features that are designed to help safeguard your personal information.



[1] As compared to the Adreno 530 GPU in the Snapdragon 820 processor.
[2] Quick Charge is designed to increase the battery charge of a device by up to 50% in 15 minutes. Actual results may vary depending on device design.

Qualcomm Snapdragon, Qualcomm Adreno, Qualcomm Quick Charge, Qualcomm Kryo, Qualcomm Spectra, Qualcomm All-Ways Aware and Qualcomm Hexagon are products of Qualcomm Technologies, Inc.

ONEPLUS0000005



Snapdragon 835 mobile platform. Supporting a cutting-edge connected, immersive and intelligent all-day experience.

# FEATURES & SPECIFICATIONS[3]

## GPU
+ Adreno 540 GPU
+ OpenGL ES 3.2, OpenCL 2.0 full, Vulkan, DX12

## DSP
+ Hexagon 682 DSP with:
  • Hexagon Vector eXtensions
  • Qualcomm All-Ways Aware
  • TensorFlow and Halide support
  • Qualcomm® Neural Processing Engine (NPE) SDK

## Display
+ UltraHD Premium-ready
+ 4K Ultra HD, 60 FPS
+ 10-bit color depth
+ DisplayPort, HDMI, and USB Type-C support

## Audio
+ Qualcomm Aqstic™ audio codec and speaker amplifier
+ High 123dB SNR, Native DSD support
+ Qualcomm® aptX™ audio playback with support for aptX Classic and HD

## CPU
+ 8x Kryo 280 CPU
+ Up to 2.45 GHz
+ 10nm FinFET process technology

## Camera
+ Qualcomm Spectra 180 ISP
+ Dual 14-bit ISPs
+ Up to 16 MP dual camera
+ Up to 32 MP single camera
+ Qualcomm® Clear Sight™ camera features, Hybrid Autofocus, Optical Zoom, hardware-accelerated Face Detection, HDR Video Recording

## Video
+ Up to 4K UltraHD capture @ 30 fps
+ Up to 4K UltraHD playback @ 60 fps
+ H.264 (AVC), H.265 (HEVC), VP9

## Memory
+ LPDDR4x, dual channel
+ UFS2.1 Gear3 2L
+ SD 3.0 (UHS-I)

## Charging
+ Quick Charge 4.0 technology
+ Qualcomm® WiPower™ technology

## Connectivity
+ Qualcomm® Wi-Fi 802.11ad Multi-gigabit
+ Wi-Fi integrated 802.11ac 2x2 with MU-MIMO
+ 2.4 GHz, 5 GHz and 60 GHz
+ Bluetooth 5.0

## Optimized Software Solutions
+ Android and Windows OS

## Security
+ Qualcomm® SecureMSM™ technology
+ Qualcomm Haven™ Security Suite
+ Qualcomm® Snapdragon StudioAccess™ content protection

## Modem
+ Snapdragon X16 LTE modem
+ Downlink: LTE Cat 16 up to 1 Gbps, 4x20 MHz carrier aggregation, up to 256-QAM
+ Uplink: LTE Cat 13 up to 150 Mbps, Qualcomm® Snapdragon™ Upload+ (2x20 MHz carrier aggregation, up to 64-QAM, uplink data compression)
+ Qualcomm® All Mode with support for all seven cellular modes plus LTE-U and LAA. Support for:
  • VoLTE with SRVCC to 3G and 2G, HD and Ultra HD Voice (EVS), CSFB to 3G and 2G
  • Qualcomm® Signal Boost with carrier aggregation

## Location
+ Qualcomm® Location Suite Support for:
  • GPS, Glonass, BeiDou, Galileo, and QZSS systems content protection



[3] Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm Clear Sight, Qualcomm Aqstic, Qualcomm Wi-Fi Qualcomm SecureMSM, Qualcomm Haven, Qualcomm Neural Processing Engine, Qualcomm Wireless Power, Qualcomm All Mode, QUalcomm Signal Boost, Qualcomm Snapdragor StudioAccess, Qualcomm Snapdragon Upload+, Qualcomm Location are products of Qualcomm Technologies Inc. Qualcomm WiPower wireless charging technology is licensed by Qualcomm Incorporated. Qualcomm aptX is a product of Qualcomm Technologies International, Ltd.

© 2015-2017 Qualcomm Technologies, Inc. All Rights Reserved.
Qualcomm, Snapdragon, Kryo, Adreno, Hexagon, SecureMSM, Snapdragon St, dioAccess, Adreno and Hexagon are trademarks of Qualcomm Incorporated, registered in the United States and other coun-tries. Qualcomm Spectra, Qualcomm All-Ways Aware, Quick Charge, Clear Sight, Qualcomm Aqstic and Qualcomm Haven are trademarks of Qualcomm Incorporated. aptX is a trademark of Qualcomm Technologies International, Ltd., registered in the United States and other countries. Other products and brand names may be trademarks or registered trademarks of their respective owners.

ONEPLUS0000006



**The Snapdragon® 8 Gen 1 Mobile Platform delivers groundbreaking innovations in AI, photography, gaming, and connectivity—for the premium experiences your devices deserve.**

## Snapdragon Sight

Introducing Snapdragon Sight™ Technology, the new collection of premium camera features and technologies including our first-ever 18-bit ISP. Capture photos and videos in extreme dynamic range with vivid color and clarity. Record astonishing detail in over a billion shades with first-in-mobile 8K HDR video capture. Plus, mega low light capture snaps 30 images and merges the best parts into one shot for brighter, clearer, more colorful photos after dark.

- The 18-bit ISP captures over 4,000x more camera data than the 14-bit predecessor
- Staggering capture speeds up to 3.2 gigapixels per second
- 8K HDR Video Capture

## AI for everything and everyone

The 7th Gen Qualcomm® AI Engine is our fastest, most advanced—ever. Use AI to capture depth-defying images with Leica's Leitz Look mode (recreating their legendary bokeh), or analyze and intelligently group and prioritize your notifications with natural language processing from Hugging Face. Plus, monitor your wellbeing with intelligent vocal analysis with Sonde Health.

- Up to 4x faster than our predecessor—fastest performance
- 2x larger shared memory plus a 2x faster tensor accelerator—best performance-per-watt in Snapdragon history
- 3rd Gen Qualcomm® Sensing Hub featuring a newly architected low-power AI system

## When winning matters most

Experience gameplay that transports you into new realms of authenticity. Volumetric rendering adds unrivaled realism to graphics like fog and smoke, while support for the Unreal Engine 5 unleashes advanced lighting and shadow effects for breathtaking sequences. Plus, the Adreno Frame Motion Engine efficiently raises FPS for smooth, stunning action that lasts.

- Full suite of Snapdragon Elite Gaming™ Features
- Qualcomm® Adreno™ GPU delivers 30% faster graphics rendering and increases power efficiency by 25%
- First Snapdragon platform with Audiokinetic technology produces immersive, console-quality sound

## The next 5G era—unleashed

This is our most advanced 5G platform ever. Our 4th Gen Snapdragon X65 5G Modem-RF System offers unparalleled speeds and supports more networks, frequencies, and bandwidths globally—plus support for all-day battery life. Download content in seconds, stream without a hitch, get an edge in your favorite mobile game, or follow GPS in more places than ever before. Connectivity has never been this instantaneous or accessible.

- World's first 10-Gigabit 5G Modem-RF solution
- World's first 3GPP Release 16 5G solution
- World's first 5G uplink carrier aggregation for unprecedented upload speeds

## Industry-leading Wi-Fi 6, 6E and Bluetooth audio

Our Qualcomm® FastConnect™ 6900 Mobile Connectivity System offers the mobile industry's fastest, most responsive Wi-Fi available. Outsmart the enemy with real-time gameplay, enjoy rich and responsive video calls, smoothly stream or share HD content. Plus, the FastConnect 6900 supports unparalleled Bluetooth audio with Snapdragon Sound™ Technology for rich, immersive, in-sync voice and music—as well as all-new LE audio implementations for all-new listening scenarios.

- Most advanced Wi-Fi 6 and 6E system with leading speeds up to 3.6 Gbps
- Supports Snapdragon Sound with Qualcomm® aptX™ Lossless Technology for CD-quality lossless wireless audio
- First Snapdragon to support LE Audio innovations such as broadcast audio, stereo recording for content creators, and voice back-channel for gaming

All comparisons made are in reference to previous generation, Snapdragon 888 5G Mobile Platform. Results will vary depending on OEM implementation and other factors. Battery life varies significantly based on device, setting, usage, and other factors. Snapdragon, Qualcomm AI Engine, Snapdragon Sight, Qualcomm Sensing Hub, Snapdragon Elite Gaming, Qualcomm Adreno, Qualcomm FastConnect, Snapdragon Sound, and Qualcomm aptX, are products of Qualcomm Technologies, Inc. and/or its subsidiaries.



# Snapdragon
8 mobile platform
Gen 1

SPECIFICATIONS & FEATURES

## Artificial Intelligence

Qualcomm® Adreno™ GPU

Qualcomm® Kryo™ CPU

Qualcomm® Hexagon™ Processor
- Fused AI Accelerator
  - Hexagon Tensor Accelerator
  - Hexagon Vector eXtensions
  - Hexagon Scalar Accelerator
- Support for mix precision (INT8+INT16)
- Support for all precisions (INT8, INT16, FP16)

Qualcomm® Sensing Hub

## 5G Modem-RF System

Snapdragon X65 5G Modem-RF System
- 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 1000 MHz bandwidth, 8 carriers, 2x2 MIMO
- Sub-6 GHz: 300 MHz bandwidth, 4x4 MIMO
- Qualcomm® 5G PowerSave 2.0
- Qualcomm® Smart Transmit™ 2.0 technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® AI-Enhanced Signal Boost
- Global 5G multi-SIM

Downlink: Up to 10 Gbps

Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

## Wi-Fi & Bluetooth®

Qualcomm® FastConnect™ 6900 System
- Wi-Fi Standards: Wi-Fi 6E (802.11ax), Wi-Fi 5 (802.11ac), 802.11 a/b/g/n
- Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz, 6 GHz
- Peak speed: 3.6 Gbps
- Channel Bandwidth: 20/40/80/160 MHz
- 8-stream sounding (for 8x8 MU-MIMO)
- MIMO Configuration: 2x2 (2-stream)
- MU-MIMO (Uplink & Downlink)
- 4K QAM
- OFDMA (Uplink & Downlink)
- Dual-band simultaneous (2x2 + 2x2)
- Wi-Fi Security: WPA3-Enterprise, WPA3-Enhanced Open, WPA3 Easy Connect, WPA3-Personal

Integrated Bluetooth
- Bluetooth Features: Bluetooth 5.2, LE Audio, Dual Bluetooth antennas
- Bluetooth audio: Snapdragon Sound™ Technology with support for Qualcomm® aptX™ Voice, aptX Lossless, aptX Adaptive, and LE audio

**snapdragon.com**

## Camera

Qualcomm Spectra™ Image Signal Processor
- Triple 18-bit ISPs
- Up to 3.2 Gigapixels per Second computer vision ISP (CV-ISP)
- Up to 36 MP triple camera @ 30 FPS with Zero Shutter Lag
- Up to 64+36 MP dual camera @ 30 FPS with Zero Shutter Lag
- Up to 108 MP single camera @ 30 FPS with Zero Shutter Lag
- Up to 200 Megapixel Photo Capture

Rec. 2020 color gamut photo and video capture

Up to 10-bit color depth photo and video capture

8K HDR Video Capture + 64 MP Photo Capture

10-bit HEIF: HEIC photo capture, HEVC video capture

Video Capture Formats: HDR10+, HDR10, HLG, Dolby Vision

8K HDR Video Capture @ 30 FPS

4K Video Capture @ 120 FPS

Slow-mo video capture at 720p @ 960 FPS

Bokeh Engine for Video Capture

Video super resolution

Multi-frame Noise Reduction (MFNR)

Locally Motion Compensated Temporal Filtering

Multi-Frame and triple exposure staggered/digital overlap HDR dual-sensor support

AI-based face detection, auto-focus, and auto-exposure

## Audio

Qualcomm Aqstic™ audio codec (WCD9385)

New Qualcomm Aqstic smart speaker amplifier (WSA8835)

Total Harmonic Distortion + Noise (THD+N), Playback: -108dB

Qualcomm Audio and Voice Communication Suite

## Display

On-Device Display Support:
- 4K @ 60 Hz
- QHD+ @ 144 Hz

Maximum External Display Support: up to 4K @ 60 Hz
- 10-bit color depth, Rec. 2020 color gamut
- HDR10 and HDR10+

Demura and subpixel rendering for OLED Uniformity

## CPU

Kryo CPU
- Up to 3.0 GHz*, with Arm Cortex-X2 technology
- 64-bit Architecture

## Visual Subsystem

Adreno GPU
- Vulkan® 1.1 API support
- HDR gaming (10-bit color depth, Rec. 2020 color gamut)
- Physically Based Rendering
- Volumetric Rendering
- Adreno Frame Motion Engine
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1
- Hardware-accelerated H.265 and VP9 decoder
- HDR Playback Codec support for HDR10+, HDR10, HLG and Dolby Vision

## Security

Platform Security Foundations, Trusted Execution Environment & Services, Secure Processing Unit (SPU)

Trust Management Engine

Qualcomm® wireless edge services (WES) and premium security features

Qualcomm® 3D Sonic Sensor and Qualcomm 3D Sonic Max (fingerprint sensor)

Qualcomm® Type-1 Hypervisor

## Charging

Qualcomm® Quick Charge™ 5 Technology

## Location

GPS, Glonass, BeiDou, Galileo, QZSS, NavIC capable

Dual Frequency GNSS (L1/L5)

Sensor-Assisted Positioning
- Urban pedestrian navigation with sidewalk accuracy
- Global freeway lane-level vehicle navigation

## Memory

Support for LP-DDR5 memory up to 3200 MHz

Memory Density: up to 16 GB

## General Specifications

Full Suite of Snapdragon Elite Gaming™ features

4 nm Process Technology

USB Version 3.1; USB Type-C Support

Part Number: SM8450

* Exact speed measured at 2.995 GHz

Certain optional features are subject to Carrier and OEM selection for an additional fee.

Snapdragon, Qualcomm, Qualcomm Hexagon, Qualcomm 5G PowerSave, Qualcomm Kryo, Qualcomm Smart Transmit, Qualcomm Wideband Envelope, Qualcomm AI-Enhanced Signal Boost, Qualcomm Spectra, Qualcomm Aqstic, Qualcomm 3D Sonic Sensor, Qualcomm Type-1 Hypervisor, and Qualcomm Quick Charge are products of Qualcomm Technologies, Inc. and/or its subsidiaries. Qualcomm wireless edge services are offered by Qualcomm Technologies Inc. and/or its subsidiaries.

Qualcomm, Snapdragon, Hexagon, Snapdragon Elite Gaming, Adreno, FastConnect, Snapdragon Sound, Kryo, Smart Transmit, Qualcomm Spectra, Qualcomm Aqstic, and Quick Charge are trademarks or registered trademarks of Qualcomm Incorporated. aptX is a trademark or registered trademark of Qualcomm Technologies International, Ltd.

©2021 Qualcomm Technologies, Inc. and/or its affiliated companies. All rights reserved.

ONEPLUS0000008



# Qualcomm® Snapdragon™ 845 Mobile Platform

## Snapdragon 845 Mobile Platform advancements

- **Qualcomm® Spectra™ 280 Image Signal Processor:** The Qualcomm Spectra™ 280 ISP is designed to deliver a premium camera and XR experience, with high-performance capture of up to 16 MP at 60 images per second. Video enthusiasts will appreciate cinema-like quality video thanks to ultra HD premium capture with richer color.

- **Qualcomm® Adreno™ 630 Visual Processing Subsystem:** Deliver larger-than-life immersive experiences with the Qualcomm® Adreno™ 630 Visual Processing Subsystem (including GPU, VPU and DPU), featuring room-scale 6DoF with SLAM, Adreno Foveation, and significantly improved graphics rendering and video processing compared to the previous generation.

- **Qualcomm® Hexagon™ 685 DSP:** The 3rd Generation Qualcomm® Hexagon™ 685 DSP supports sophisticated, on-device AI processing, delivering richer camera, voice, XR and gaming experiences.

- **Qualcomm® Snapdragon™ X20 LTE modem:** Blazing fast Gigabit LTE download speeds with 5x carrier aggregation and 4x4 MIMO support, enhanced multi-gigabit 802.11ad with diversity module for robust performance, integrated 2x2 802.11ac Wi-Fi with MU-MIMO, BT5 with audio broadcast and ultra-low power ear bud support.

- **Qualcomm® Kryo™ 385 CPU:** Manufactured in 10nm LPP, optimized across 4 performance and 4 efficiency cores.

## Featuring the latest in mobile technology

### Capturing cinema grade videos

Built with new camera and graphics architectures that are designed to allow mobile users to capture their videos in cinema-grade quality and have access to a billion shades of colors. Snapdragon 845 mobile platform is the first to feature 64x more color information via Ultra HD premium video capture.



### Truly immersive experiences

Blur the lines between the physical and virtual worlds for VR headsets by enabling XR users to detect walls and objects in any room. The newly architected Adreno 630 is the first to enable Room-Scale VR for mobile XR headsets with six degrees of freedom (6DoF) and Simultaneous Localization and Mapping (SLAM).



### User experiences powered by Artificial Intelligence Engine (AIE)

Snapdragon 3rd generation AI Platform is on-device intelligence that will transform your mobile device into a better personal assistant using voice, better camera using enhanced features like camera bokeh, more true to life XR, gaming, and long lasting battery life.



### Vault-like security

Enjoy peace of mind knowing that your device is safeguarded with vault-like security. Your biometric information, like fingerprint, iris, voice, and facial data, as well as mobile payments, are now in a safer place.



### Globalizing the "wireless fiber" experience

With more spectrum flexibility than ever before, the integrated Snapdragon X20 modem is designed to bring improved app performance and lightning fast access to cloud storage to more users around the world. Experience the same blazing speeds indoors with 11ad multi-gigabit Wi-Fi and broadcast audio to ear buds, speakers and other devices in a power efficient way.



To learn more visit: snapdragon.com

Qualcomm Snapdragon, Qualcomm Adreno, Qualcomm Kryo, Qualcomm Spectra, and Qualcomm Hexagon are products of Qualcomm Technologies, Inc.



ONEPLUS0000009



Snapdragon 845 Mobile Platform supports next generation immersion, on-device intelligence, new security layers, and an all-day experience.

## Features & Specifications[1]

**Visual Processing Subsystem**

- Qualcomm° Adreno° 630 Visual Processing Subsystem
- Open GL ES 3.2, Open CL 2.0, Vulkan, DirectX 12
- Ultra HD Premium video playback and encoding @ 4K (3840x2160) 60fps, 10bit HDR, Rec 2020 color gamut
- Slow motion HEVC video encoding of either HD (720p) video up to 480fps or FHD (1080p) up to 240fps
- H.264 (AVC), H.265 (HEVC), VP9, DisplayPort over USB Type-C support
- eXtended Reality (XR)
  - Room-Scale 6DoF with simultaneous localization and mapping (SLAM)
  - 2400x2400 @ 120 FPS per eye
  - Adreno Foveation: multiple technology advancements for multi-view, tile-based foveation with eye-tracking and fine grain preemption

**DSP**

- Qualcomm° Hexagon° 685 DSP with:
  - 3rd Gen Vector Extensions
  - Qualcomm All-Ways Aware Sensor° Hub
- Qualcomm° Snapdragon° Neural Processing Engine (NPE) SDK
- Caffe, Caffe2 and Tensorflow support

**Audio**

- Qualcomm Aqstic° audio codec and speaker amplifier
- Qualcomm° aptX° audio playback with support for aptX Classic and HD
- Native DSD support, PCM up to 384kHz/32bit

**CPU**

- 8x Qualcomm° Kryo° 385 CPU
- Up to 2.8 GHz
- 2nd Gen 10nm LPP process technology

**Memory**

- LPDDR4x, 4x16 bit
- Up to 1866MHz, 8GB RAM

**Image Signal Processor**

- Qualcomm° Spectra° 280 Image Signal Processor
- New architecture for 14-bit image signal processing, with support for up to:
  - Single HFR 16 MPix camera at 60fps ZSL
  - Dual 16 MPix cameras at 30fps ZSL
  - Single 32 MPix camera at 30fps ZSL
- Can connect up to 7 different cameras (many configurations possible)
- Multi-frame Noise Reduction (MFNR) with accelerated image stabilization
- Hybrid Autofocus with support for dual phase detection (2PD) sensors
- Ultra HD Premium video capture @ 4K (3840x2160) 60fps, 10bit HDR, Rec 2020 color gamut
- Higher quality video capture with Motion Compensated Temporal Filtering (MCTF)
- 3D structured light active depth sensing, with accelerated face detection/recognition

**Charging**

- Qualcomm° Quick Charge° 4/4+ technology

**Optimized Software Solutions**

- Android and Windows OS

**Security**

- Qualcomm° Secure Processing Unit (SPU)
- Qualcomm° Processor Security
- Qualcomm° Mobile Security
- Qualcomm° Content Protection

**Modem**

- Snapdragon° X20 LTE Modem
- Support for 1.2 Gbps Gigabit LTE

- Downlink: LTE Cat 18 up to 1.2 Gbps, 5x20 MHz carrier aggregation, up to 256-QAM, up to 4x4 MIMO on three carriers
- Uplink: LTE Cat 13 up to 150 Mbps, Qualcomm° Snapdragon° Upload+ (2x20 MHz carrier aggregation, up to 64-QAM)
- License Assisted Access (LAA)
- Citizens Broadband Radio Service (CBRS) shared radio spectrum
- Dual SIM Dual VoLTE (DSDV)
- Qualcomm° All Mode with support for all major cellular modes plus LAA. Support for:
  - VoLTE with SRVCC to 3G and 2G, HD and Ultra HD Voice (EVS), CSFB to 3G and 2G
  - Voice over Wi-Fi (VoWiFi) with LTE call continuity

**Connectivity**

- Qualcomm° Wi-Fi
  - 802.11ad Multi-gigabit with 60 GHz diversity module
  - Wi-Fi integrated 802.11ac 2x2 with MU-MIMO
  - Tri-band Wi-Fi: 2.4 GHz and 5 GHz with Dual Band Simultaneous (DBS) + 60 GHz
  - 11k/r/v: Enhanced mobility, fast acquisition and congestion mitigation for Carrier Wi-Fi
- Qualcomm° TrueWireless° Bluetooth 5.0 with proprietary enhancements for:
  - Ultra-low power wireless ear buds
  - Direct audio broadcast to multiple devices

**RF Front End**

- Qualcomm° Signal Boost° adaptive antenna tuning
- High-power transmit (HPUE)

**Location**

- GPS, Glonass, BeiDou, Galileo, QZSS, and SBAS
- Low Power Geofencing and Tracking, Sensor-assisted Navigation

[1] Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm Adreno, Qualcomm Hexagon, Qualcomm All-Ways Aware Sensor, Qualcomm Neural Processing Engine, Qualcomm Aqstic, Qualcomm Kryo, Qualcomm Spectra, Qualcomm Clear Sight, Qualcomm Quick Charge, Qualcomm Secure Processing Unit, Qualcomm Processor Security, Qualcomm Mobile Security, Qualcomm Content Protection, Qualcomm Snapdragon Upload +, Qualcomm All Mode, Qualcomm Signal Boost, and Qualcomm Wi-Fi, are products of Qualcomm Technologies, Inc. Qualcomm aptX and Qualcomm TrueWireless are products of Qualcomm Technologies International, Ltd.

Qualcomm, Snapdragon, Adreno, Hexagon, Aqstic, Kryo, and Signal Boost, Qualcomm Spectra, Qualcomm All-Ways Aware, Quick Charge, Clear Sight, Qualcomm Aqstic are trademarks of Qualcomm Incorporated, registered in the United States and other countries. Qualcomm TrueWireless is a trademark of Qualcomm Incorporated. aptX is a trademark of Qualcomm Technologies International, Ltd. Registered in the United States and other countries. Other products and brand names may be trademarks or registered trademarks of their respective owners.



# Qualcomm snapdragon
## 888 5G mobile platform

The Qualcomm® Snapdragon™ 888 5G Mobile Platform packs industry-leading innovations in 5G, AI, gaming, and photography. This new class of technology transforms your flagship device into a professional-quality camera, intelligent personal assistant, and elite gaming rig—all connected with truly global 5G multi-gigabit speeds to deliver the premium experiences you deserve.



### The biggest leap forward in AI

Experience mobile intelligence like never before with our brand-new 6th Gen Qualcomm® Artificial Intelligence (AI) Engine—uniting AI with everything from photography to gaming to connectivity. The completely re-engineered Qualcomm® Hexagon™ 780 Processor features a fused AI-accelerator architecture and brings the total Qualcomm AI Engine performance up to an astonishing 26 TOPS.

- Tensor Accelerator with 2x compute capacity and Scalar Accelerator with 50% performance improvement
- Up to 3 times performance per watt improvement
- New, 16x larger shared AI memory, up to 1000x improvement for hand-off time in certain use cases
- Contextually aware 2nd Gen Qualcomm® Sensing Hub with dedicated AI processor and truly on-demand AI



### A true connectivity powerhouse

Introducing the world's most advanced connectivity platform—ever. With our 3rd Gen Qualcomm® Snapdragon X60 5G Modem-RF System, we are enhancing 5G globally across more networks than before, with support for all-day battery life. And, the Qualcomm® FastConnect™ 6900 Mobile Connectivity System features groundbreaking Wi-Fi 6E, plus leading Bluetooth audio capabilities. Experience multi-gigabit speeds and unmatched performance, no matter where or how you connect.

- World's first platform with 5G carrier aggregation across TDD-FDD bands
- World's fastest uplink and downlink 5G speeds
- Fastest Wi-Fi 6 speeds of any mobile Wi-Fi offering in the industry (up to 3.6 Gbps)



### Triple down on the future of computational photography

Our first Snapdragon with a Triple ISP allows you to capture three 4K HDR videos, or three 28 MP photos, simultaneously. It's also our first mobile platform with true 10-bit HDR photo capture—for memories that come alive in over a billion shades of color. Plus, with our new Low Light architecture you'll get brighter photos even in near-complete darkness.

- The Qualcomm Spectra™ 580 ISP is 35% faster than the previous generation with 2.7 Gigapixels per second processing and 12 MP Burst Photo Capture at 120 fps
- 4K HDR with computational HDR Video Capture delivers brilliant imagery with extreme dynamic range



### Unrivaled speed and stamina for elite gamers everywhere

Arm yourself with the full Qualcomm® Snapdragon Elite Gaming™ arsenal—because winning is everything. Conquer with desktop-level features new to mobile: Variable Rate Shading (VRS) provides an up to 30% performance improvement for richer game worlds, while Qualcomm® Game Quick Touch dramatically lowers latency for the ultimate competitive advantage.

- Qualcomm® Adreno™ 660 GPU delivers 35% faster graphics rendering
- Qualcomm® Game Quick Touch increases responsiveness by up to 20%
- Qualcomm® Kryo™ 680 CPU enables 25% higher performance and incredible power efficiency with new architecture based on Arm Cortex-X1 technology



### Securing the future of photography

Security is vital in an increasingly mobile world. The Snapdragon 888 5G supports Truepic cryptography, making it the world's first camera compliant with the Content Authenticity Initiative. Now you can ensure the validity and security of images before you share, purchase, or utilize.

- First Snapdragon to feature Hypervisor: run multiple OSes simultaneously with enhanced security
- Qualcomm® Mobile Security and Qualcomm® Content Protection

To learn more visit
**snapdragon.com**

All comparisons made are in reference to previous generation, Snapdragon 865 mobile platform. Results will vary depending on OEM implementation and other factors. Battery life varies significantly based on device, settings, usage, and other factors.

Qualcomm Snapdragon, Qualcomm AI Engine, Qualcomm Hexagon, Qualcomm Sensing Hub, Qualcomm FastConnect, Qualcomm Spectra, Qualcomm Snapdragon Elite Gaming, Qualcomm Adreno, Qualcomm Kryo, Qualcomm Mobile Security, Qualcomm Game Quick Touch, and Qualcomm Content Protection are products of Qualcomm Technologies Inc. and/or its subsidaries.



Qualcomm® Snapdragon™

# 888 5G Mobile Platform

## SPECIFICATIONS & FEATURES

### Artificial Intelligence

- Adreno 660 GPU
- Kryo 680 CPU
- Hexagon 780 Processor
  - Fused AI Accelerator
    - Hexagon Tensor Accelerator
    - Hexagon Vector eXtensions
    - Hexagon Scalar Accelerator
- Qualcomm Sensing Hub (2nd Generation)

### 5G Modem-RF System

- Snapdragon X60 5G Modem-RF System
  - 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
  - Dynamic Spectrum Sharing
  - mmWave: 800 MHz bandwidth, 8 carriers, 2x2 MIMO
  - Sub-6 GHz: 200 MHz bandwidth, 4x4 MIMO
  - Qualcomm® 5G PowerSave
  - Qualcomm® Smart Transmit™ technology
  - Qualcomm® Wideband Envelope Tracking
  - Qualcomm® AI-Enhanced Signal Boost
  - Globa. 5G multi-SIM
- Downlink Up to 7.5 Gbps
- Uplink: Up to 3 Gbps
- Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

### Wi-Fi & Bluetooth

- FastConnect 6900 System
  - Wi-Fi Standards: Wi-Fi 6E, Wi-Fi 6 (802.11ax), Wi-Fi 5 (802.11ac), 802.11a/b/g/n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz, 6 GHz
  - Peak speed: 3.6 Gbps
  - Channel Utilization: 20/40/80/160 MHz
  - 8-stream sounding (for 8x8 MU-MIMO)
  - MIMO Configuration: 2x2 (2-stream)
  - MU-MIMO (Uplink & Downlink)
  - 4K QAM
  - OFDMA (Uplink & Downlink)
  - Dual-band simultaneous (2x2 + 2x2)
  - Wi-Fi Security: WPA3-Enterprise, WPA3-Enhanced Open, WPA3 Easy Connect, WPA3-Personal
- Integrated Bluetooth
  - Bluetooth Version: Bluetooth 5.2
  - Bluetooth features: LE Audio Features (one-to-many broadcast), Dual Bluetooth antennas
  - Bluetooth audio: Qualcomm® aptX™ Voice audio for crystal clear voice calls, aptX Adaptive audio for robust, low latency, high quality audio, Qualcomm TrueWireless™ Mirroring

### Camera

- Qualcomm Spectra 580 Image Signal Processor
  - Triple 14-bit ISPs
  - Up to 2.7 Gigapixels per Second computer vision ISP (CV-ISP)
  - Up to 200 Megapixel Photo Capture
  - Up to 28 MP triple camera @ 30 FPS with Zero Shutter Lag
  - Up to 64+25 MP dual camera @ 30 FPS with Zero Shutter Lag
  - Up to 84 MP single camera @ 30 FPS with Zero Shutter Lag
  - Rec. 2020 color gamut photo and video capture
  - Up to 10-bit color depth photo and video capture
  - 10-bit HDR HEIF photo capture
  - 4K Video Capture + 64 MP Photo
  - 8K Video Capture @ 30 FPS
  - Slow-mo video capture at 720p @ 960 FPS
  - HEIF, HEIC photo capture, HEVC video capture
  - Video Capture Formats: HDR10+, HDR10, HLG, Dolby Vision
  - 4K Video Capture @ 120 FPS
  - 4K HDR Video Capture with Portrait Mode (Bokeh)
  - Multi-frame Noise Reduction (MFNR)
  - Real-time object classification, segmentation, and replacement
  - Locally compensated Multi-Frame Noise Reduction
  - Multi-Frame and Staggered HDR sensor support
  - Low light photography architecture
  - Video super resolution
  - AI-based auto-focus and auto-exposure
  - Advanced HW-based face detection with deep learning AI

### Audio

- Hexagon Voice Assistant Accelerator for hardware accelerated voice signal processing
- Qualcomm Aqstic™ audio codec (Up to WCD9385)
- Total Harmonic Distortion + Noise (THD+N), Playback -108dB
- Native DSD support, PCM up to 384 kHz/32-bit
- Customizable "Golden Ears" filter
- New Qualcomm Aqstic smart speaker amplifier (up to WSA8835)

### Display

- On-Device Display Support:
  - 4K @ 60 Hz
  - QHD+ @ 144 Hz
- Maximum External Display Support: up to 4K @ 60 Hz
  - 10-bit color depth, Rec. 2020 color gamut
  - HDR10 and HDR10+
- Demura and subpixel rendering for OLED Uniformity

### CPU

- Kryo 680 CPU
  - Up to 2.84GHz, with Arm Cortex-X1 technology
  - 64-bit Architecture

### Visual Subsystem

- Adreno 660 GPU
  - Vulkan® 1.1 API support
  - HDR gaming (10-bit color depth, Rec. 2020 color gamut)
  - Physically Based Rendering
  - API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1
  - Hardware-accelerated H.265 and VP9 decoder
  - HDR Playback Codec support for HDR10+, HDR10, HLG and Dolby Vision

### Security

- Platform Security Foundations, Trusted Execution Environment & Services, Secure Processing Unit (SPU)
- Qualcomm® wireless edge services (WES) and premium security features
- Qualcomm® 3D Sonic Sensor and Qualcomm 3D Sonic Max (fingerprint sensor)
- Qualcomm® Type-1 Hypervisor

### Charging

- Qualcomm® Quick Charge™ 5 Technology

### Location

- GPS, Glonass, BeiDou, Galileo, QZSS, NavIC capable
- Dual Frequency Support (L1/L5)
- Sidewalk/lane-level Positioning
- Sensor-Assisted Positioning

### Memory

- Support for LP-DDR5 memory up to 3200 MHz
- Memory Density: up to 16 GB

### General Specifications

- Full Suite of Snapdragon Elite Gaming features
- 5 nm Process Technology
- USB Version 3.1; USB Type-C Support
- Part Number: SM8350

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm Quick Charge, Qualcomm 3D Sonic Sensor, Qualcomm Smart Transmit, Qualcomm 5G Powersave, Qualcomm TrueWireless Mirroring, Qualcomm Aqstic, Qualcomm Wideband Envelope Tracking, Qualcomm AI Enhanced Signal Boost, and Qualcomm aptX are products of Qualcomm® Technologies, Inc. and/or its subsidiaries. Qualcomm wireless edge services are offered by Qualcomm Technologies, Inc. and/or its subsidiaries.

Qualcomm, Snapdragon, Kryo, Adreno, Qualcomm Spectra, Qualcomm TrueWireless, Qualcomm Aqstic, Hexagon, Quick Charge, Snapdragon Elite Gaming, Smart Transmit, and FastConnect are trademarks or registered trademarks of Qualcomm Incorporated. aptX is a trademark or registered trademark of Qualcomm Technologies International, Ltd. Other products and brand names may be trademarks or registered trademarks of their respective owners.

©2020 Qualcomm Technologies, Inc. and/or its affiliated companies.

ONEPLUS0000012



## Qualcomm
### snapdragon
865 5G mobile platform

The Qualcomm® Snapdragon™ 865 5G mobile platform scales 5G and leading 5th gen AI to power the next generation of premium devices. Capture professional-quality photos at Gigapixel speeds, compete amongst the best with desktop-level gaming plus a full suite of Qualcomm® Snapdragon Elite Gaming™ features—and play all day with resilient battery life.



### Staggering multi-gigabit speeds

The Snapdragon 865 is the most advanced 5G platform—ever. Designed to deliver unmatched connectivity and performance with peak speeds of up to 7.5 Gbps. Download, upload, stream and connect like never before. This platform is truly global so you can enjoy superior coverage and feel the power of 5G, all while maintaining unbelievable battery life.

- Supports all key regions and frequency bands including mmWave, sub-6, TDD, FDD and Dynamic Spectrum Sharing (DSS)
- Supports both standalone and non-standalone modes
- Supports global roaming and global multi-SIM



### Innovative and intelligent on-device AI

Our leading 5th generation Qualcomm® AI Engine fuels intuitive mobile experiences in photography, gaming and voice interactions. The all-new Qualcomm® Sensing Hub enables your device to be contextually aware of its surroundings at all times – using extremely low power. And, real-time AI Translation instantly translates your speech into a foreign language, all while retaining the sound of your authentic voice.

- Our 5th generation Qualcomm AI Engine is 2x more powerful than its predecessor
- Pushing 15 TOPS AI performance while using lower power
- All-new Qualcomm® Hexagon™ Tensor Accelerator
- Qualcomm® 3D Sonic and Qualcomm® 3D Sonic Max



### Gigapixel speed. Professional camera quality.

This is ground-breaking photography experiences unlike any other. Capture a billion shades of color at Gigapixel speeds with 4K HDR video—and snap photos simultaneously at a breathtaking 64 MP. Get ready for bigger, sharper 8K video as well as the ability to take massive 200 MP photos.

- 2 Gigapixels per second speeds
- No-limit HD slow-mo video capture @ 960 FPS
- First ever Dolby Vision for video capture on mobile



### Desktop-level features

Desktop-quality graphics and advanced customization is now available on mobile, not just on your PC. This platform pushes beyond mobile limits by harnessing the power of desktop-level features. Fully loaded with a full suite of next generation Snapdragon Elite Gaming features, you'll discover boundary-breaking enhancements for ultra smooth gaming experiences with the highest graphics quality and desktop-quality gaming.

- Qualcomm® Adreno™ 650 GPU delivers a 25% performance boost from its predecessor
- Brand-new Snapdragon Elite Gaming features including: Desktop Forward Rendering, Game Color Plus and first-ever updatable GPU drivers on mobile



### Resilient power and efficiency

The Snapdragon 865 achieves peak performance in every capacity. This platform powers dynamic, process-intensive experiences with incredible efficiency and supports all-day battery life. Plus, Qualcomm® Quick Charge™ AI technology is designed to monitor battery health and safety while extending battery life.

- Qualcomm® Kryo™ 585 CPU provides 25% faster performance
- Quick Charge AI is designed to extend battery life cycles up to 200 days

To learn more visit
**snapdragon.com**

All comparisons made are in reference to previous generation Snapdragon 855 mobile platform. Results will vary depending on OEM implementation and other factors. Battery life varies significantly based on device, settings, usage, and other factors.

Qualcomm Snapdragon, Qualcomm Kryo, Qualcomm Snapdragon Elite Gaming, Qualcomm 3D Sonic Sensor, Qualcomm 3D Sonic Max, Qualcomm Sensing Hub, Qualcomm Hexagon, Qualcomm Adreno, Qualcomm Quick Charge and Qualcomm AI Engine are products of Qualcomm Technologies Inc. and/or its subsidiaries.

ONEPLUS0000013

Qualcomm® Snapdragon™

# 865 5G Mobile Platform

## SPECIFICATIONS & FEATURES

### Artificial Intelligence

- Adreno 650 GPU
- Kryo 585 CPU
- Hexagon 698 Processor
  - Hexagon Tensor Accelerator
  - Hexagon Vector eXtensions
  - Hexagon Scalar Accelerator
- Qualcomm Sensing Hub
  - Ultra low power hub for audio, voice and sensors
  - Supports AI algorithms at low power
  - Support for fusing contextual data streams including sensors, audio and voice
  - Supports multiple voice assistants
  - Multi-mic far-field detection and echo cancellation

### 5G Modem-RF System

- Snapdragon X55 5G Modem-RF System
- 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 800 MHz bandwidth, 8 carriers, 2x2 MIMO
- Sub-6 GHz: 200 MHz bandwidth, 4x4 MIMO
- Qualcomm® 5G PowerSave
- Qualcomm® Smart Transmit™ technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® Signal Boost adaptive antenna tuning
- Global 5G multi-SIM
- Downlink Up to 7.5 Gbps
- Uplink Up to 3 Gbps
- Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

### Wi-Fi & Bluetooth

- Qualcomm® FastConnect™ 6800 Subsystem
  - Wi-Fi Standards: Wi-Fi 6 (802.11ax), 802.11ac Wave 2, 802.11a/b/g/n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz
  - Peak speed: 1.774 Gbps
  - Channel Utilization: 20/40/80 MHz
  - 8-stream sounding for 8x8 MU-MIMO
  - MIMO Configuration: 2x2 (2-stream)
  - MU-MIMO (Uplink & Downlink)
  - 1024-QAM (2.4 & 5 GHz)
  - OFDMA (2.4 and 5 GHz)
  - Dual-band simultaneous (DBS)
  - Wi-Fi Security: WPA3-Enterprise, WPA3-Enhanced Open, WPA3 Easy Connect, WPA3-Personal
- Integrated Bluetooth
  - Bluetooth Version: Bluetooth 5.1

- Bluetooth features: 1-to-many Bluetooth broadcast, up to 18dB link margin improvement
- Bluetooth audio: Qualcomm® aptX™ Voice audio for super wide band voice calls, Qualcomm® aptX™ Adaptive audio for robust, low latency, high quality audio, Qualcomm TrueWireless™ Technology
- Qualcomm® 60 GHz Wi-Fi
  - Wi-Fi Standards: 802.11ad, 802.11ay
  - Wi-Fi Spectral Band: 60 GHz
  - Peak speed: 10 Gbps
  - Ambient Wi-Fi sensing

### Camera

- Qualcomm® Spectra™ 480 Image Signal Processor
- Dual 14-bit ISPs
- Up to 2 Gigapixels per Second
- Hardware accelerator for computer vision (CV-ISP)
- Up to 200 Megapixel Photo Capture
- Up to 25 MP dual camera @ 30 FPS with Zero Shutter Lag
- Up to 64 MP single camera @ 30 FPS with Zero Shutter Lag
- Rec. 2020 color gamut video capture
- Up to 10-bit color depth video capture
- 4K Video Capture + 64 MP Photo
- 8K Video Capture @ 30 FPS
- Slow-mo video capture at 720p @ 960 FPS
- HEIF: HEIC photo capture, HEVC video capture
- Video Capture Formats: HDR10+, HDR10, HLG, Dolby Vision
- 4K Video Capture @ 120 FPS
- 4K HDR Video Capture with Portrait Mode (Bokeh)
- Multi-frame Noise Reduction (MFNR)
- Real-time object classification, segmentation and replacement

### Audio

- Hexagon Voice Assistant Accelerator for hardware accelerated voice signal processing
- Qualcomm Aqstic™ audio codec (Up to WCD9385)
  - Total Harmonic Distortion + Noise (THD+N), Playback -108dB
  - Native DSD support, PCM up to 384 kHz/32-bit
  - Customizable "Golden Ears" filter
- Qualcomm Aqstic smart speaker amplifier (up to WSA8815)

### Display

- On-Device Display Support:
  - 4K @ 60 Hz
  - QHD+ @ 144 Hz
- Maximum External Display Support: up to 4K @ 60 Hz
- 10-bit color depth, Rec. 2020 color gamut
- HDR10 and HDR10+

### CPU

- Kryo 585, Octa-core CPU
- Up to 2.84 GHz
- 64-bit Architecture

### Visual Subsystem

- Adreno 650 GPU
- Vulkan® 1.1 API support
- HDR gaming (10-bit color depth, Rec. 2020 color gamut)
- Physically Based Rendering
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1
- Hardware-accelerated H.265 and VP9 decoder
- HDR Playback Codec support for HDR10+, HDR10, HLG and Dolby Vision

### Security

- Secure Processing Unit: Mobile Payment, Dual SIM/Dual Standby
- Qualcomm 3D Sonic Sensor and Qualcomm 3D Sonic Max
- Biometric Authentication: Fingerprint, Iris, Voice, Face
- On-Device: Qualcomm® Mobile Security, Key Provisioning Security, Qualcomm® Processor Security, Qualcomm® Content Protection, Qualcomm® Trusted Execution Environment, Camera Security, Crypto Engine, Malware Protection, Secure Boot, Secure Token

### Charging

- Quick Charge 4+ technology
- Quick Charge AI

### Location

- GPS, Glonass, BeiDou, Galileo, QZSS, NavIC capable, and SBAS
- Dual Frequency Support
- Low Power Geofencing and Tracking, Sensor-assisted Navigation
- Near Field Communications (NFC): Supported

### Memory

- Support for LP-DDR5 memory up to 2750 MHz
- Support for LPDDR4x memory up to 2133 MHz
- Memory Density: up to 16 GB

### General Specifications

- Full Suite Snapdragon Elite Gaming features
- 7 nm Process Technology
- USB Version 3.1; USB Type-C Support
- Part Number: SM8250

Certain optional features available subject to Carrier and ODM selection for an additional fee.

Qualcomm Smart Transmit, Qualcomm FastConnect, Qualcomm 5G Powersave, Qualcomm TrueWireless, Qualcomm 60 GHz Wi-Fi, Qualcomm Spectra, Qualcomm Aqstic, Qualcomm Processor Security, Qualcomm Trusted Execution Environment, Qualcomm Wideband Envelope Tracker, Qualcomm Adaptive Antennae Tuning, Qualcomm Signal Boost, Qualcomm Mobile Security, Qualcomm aptX, and Qualcomm Content Protection are products of Qualcomm Technologies Inc. and/or its subsidiaries. ©2019 Qualcomm Technologies, Inc. and/or its affiliated companies.

Qualcomm, Snapdragon, Kryo, Adreno, Qualcomm Spectra, Qualcomm TrueWireless, Qualcomm Aqstic and Hexagon are trademarks of Qualcomm Incorporated, registered in the United States and other countries. Quick Charge, Snapdragon Elite Gaming, Smart Transmit and FastConnect are trademarks of Qualcomm Incorporated. aptX is a trademark of Qualcomm Technologies International, Ltd., registered in the United States and other countries. Other products and brand names may be trademarks or registered trademarks of their respective owners.

# QUALCOMM® SNAPDRAGON™

# 821

## PROCESSOR

## Enabling a more immersive, intuitive and connected experience

**The Snapdragon 821 mobile processor offers many advantages:**

+ X12 LTE: Industry leading connectivity with LTE download speeds of up to 600 Mbps, multi-gigabit 802.11ad, and 2x2 802.11ac Wi-Fi

+ Qualcomm® Kryo™ CPU: Delivering maximum performance and low power consumption, Kryo is QTI's first custom 64-bit quad-core CPU, manufactured in advanced 14nm FinFET LPP process

+ Qualcomm® Adreno™ 530 GPU: Up to 40% better graphics and compute performance for improved visual fidelity while reducing power consumption

+ Qualcomm Spectra™ 14-bit dual image signal processors (ISPs) deliver high resolution DSLR-quality images using heterogeneous compute for advanced processing and additional power savings

+ Qualcomm® Hexagon™ 680 DSP includes Hexagon Vector eXtensions (HVX) and Sensor Core with Low Power Island for always-on sensor processing

+ Touch-To-Track: Recognize and track multiple objects on screen using advanced computer vision

**To learn more visit: snapdragon.com**

## FEATURING THE LATEST IN MOBILE TECHNOLOGY



### Sharper, higher quality images

Qualcomm Spectra 14-bit dual image signal processors tap into the performance and feature enhancements Hexagon 680 DSP's HVX adds, with amazing features like Low Light Photo and Video, and Touch-to-Track



### Immersive, life-like virtual reality

Experience realistic visual and audio immersion and smooth VR action enabled by Snapdragon 821's Snapdragon VR-SDK, designed for maximum performance and optimized for long battery life



### Next-generation computer vision

Drive more safely with object detection and enhanced navigation. Enhance your smartphone camera capability with features that can track faces and objects for a more intelligent mobile experience.



### Deeply immersive 3D gaming

The combination of Snapdragon 821's Adreno 530 GPU and custom Kryo CPU creates enough compute performance to enable console quality games and exciting, next generation virtual reality applications.



### All day battery life and faster charging

Snapdragon 821 lowers power consumption by an additional 5% over the previous generation plus charge a typical phone from zero to 80 percent in about 35 minutes, with Qualcomm® Quick Charge™ 3.0 technology.



Qualcomm Snapdragon, Qualcomm Adreno, Qualcomm Quick Charge, Qualcomm Kryo, Qualcomm Spectra and Qualcomm Hexagon are products of Qualcomm Technologies, Inc.

ONEPLUS0000015



Snapdragon 821 processors.
Enabling a more connected,
immersive and intelligent
all day experience.

## FEATURES & SPECIFICATIONS[3]

### CPU

+ Custom 64-bit Kryo quad-core CPU up to 2.4GHz
+ 14nm FinFET process technology

### GPU

+ Adreno 530 GPU: OpenGL ES 3.1 + AEP[1], OpenCL2.0 Full Profile[1], Vulcan[1], Renderscript, 64-bit virtual addressing DirectX 11.2, plus hardware tessellation, geometry shaders, programmable blending and decreased power consumption[2]

### DSP

+ Hexagon 680 DSP with Hexagon Vector eXtensions and Qualcomm All-Ways Aware™ hub for sensor processing

### Display

+ 4K60 over HDMI 2.0a & 4K Miracast 2.0
+ Qualcomm® Low-Picture Enhancement & Qualcomm® TruPalette™ camera features
+ 3:1 display interface compression w/VESA DSC 1.1

### Memory

+ LPDDR4
+ UFS 2.0—Gear 3 storage
+ Universal Bandwidth Compression

### Modem

+ Integrated X12 LTE modem, supporting Cat 12 download speeds up to 600 Mbps, Cat 13 upload speeds up to 150 Mbps
+ Snapdragon All Mode with support for LTE FDD and TDD, WCDMA (DB-DC-HSDPA, DC-HSUPA), TD-SCDMA, CDMA 1x/EVDO, and GSM/Edge
+ Support for 256-QAM DL, 64-QAM UL, and 4x4 MIMO
+ Support for Ultra HD Voice with the Enhanced Voice Services (EVS) codec
+ Smart Wi-Fi calling with real-time Wi-Fi quality monitoring
+ Support for Qualcomm® TruSignal™ antenna boost technology
+ LTE-U support
+ Next Gen QFE3100 Envelope Tracking

### Connectivity

+ Qualcomm® VIVE™ 802.11ac 2x2 MU-MIMO
+ Tri-band Wi-Fi
+ QCA9500 802.11ad 60GHz WiFi
+ Bluetooth 4.1

### Camera

+ Qualcomm Spectra dual ISPs support up to 28 megapixels
+ Dual Photodiode (2PD)
+ Hybrid Autofocus (PDAF, Laser AF, Contrast AF)

### Video

+ 10-bit 4K decode
+ 1080p240 FPS decode
+ 4K HEVC video (Decode: 60 fps, 10-bit. Encode: 30 fps)
+ Simultaneous 1080p30+1080p30 inbound/outbound

### Charging

+ Quick Charge 3.0

### Security

+ Qualcomm® SecureMSM™ foundation
+ Qualcomm® Snapdragon™ Smart Protect
+ Qualcomm® Snapdragon Sense™ ID fingerprint technology
+ Qualcomm® Snapdragon StudioAccess™ content protection



[1] As of Feb 16, 2016, Snapdragon 821 has been conformance certified by Khronos for OpenCL 2.0, OpenGL ES 3.1, and Vulkan.
[2] As compared to the Adreno 430 GPU in the Snapdragon 810 processor.
[3] Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm TruSignal, Qualcomm Snapdragon StudioAccess, Qualcomm Snapdragon Smart Protect, Qualcomm Snapdragon Sense, Qualcomm VIVE, Qualcomm SecureMSM, Qualcomm All-Ways Aware, Qualcomm Low-Picture Enhancement and Qualcomm TruPalette are products of Qualcomm Technologies, Inc.

©2015-2016 Qualcomm Technologies, Inc. All Rights Reserved. Qualcomm, Snapdragon, SecureMSM, Hexagon, Snapdragon StudioAccess, VIVE and Adreno are trademarks of Qualcomm Incorporated, registered in the United States and other countries. Quick Charge, TruSignal, Qualcomm Spectra, Kryo, All-Ways Aware, TruPalette and Snapdragon Sense are trademarks of Qualcomm Incorporated. All Qualcomm Incorporated trademarks are used with permission. Other products and brand names may be trademarks or registered trademarks of their respective owners.

ONEPLUS0000016

# Qualcomm snapdragon
## 690 5G mobile platform

690 5G

The Qualcomm® Snapdragon™ 690 5G Mobile Platform is making 6-series history—helping to make 5G accessible to more people than ever before. This platform is smarter, faster, and more impressive than its predecessor, packing remarkable on-device AI and vibrant entertainment experiences backed by efficient performance.



## Unlocking 5G for everyone

Breaking new ground in the 6-series, 5G takes your connectivity to new heights—and locations. Upload or download in an instant with faster speeds than its predecessor, and experience far-reaching connectivity indoors or out. Experience superior 5G coverage at global scale, now more accessible than ever.

- Super-fast Qualcomm® Snapdragon™ X51 5G Modem-RF System
- Unlock global 5G with support for SA and NSA modes, TDD and FDD, Dynamic Spectrum sharing and global 5G multi-SIM



## Remarkable on-device AI

Our powerful 5th gen Qualcomm® Artificial Intelligence (AI) Engine and Qualcomm® Hexagon™ Tensor Accelerator (HTA) add to the list of firsts we've brought to the 6-series. Together, they power smarter on-device experiences in security, voice, and camera—including intuitive social media filters and seamless transitioning between lenses.

- More than 70% improvement in AI performance compared to the predecessor



## Vivid videography, phenomenal photography

Capture your favorite moments in over a billion shades of color with 4K HDR video capture—a first in the 6-series. Or, make a big statement with your best photos—see every brilliant detail with up to 192 MP capture.

- Professional-grade image quality with the Qualcomm Spectra™ 355L ISP
- Capture over a billion shades of color with 4K HDR video capture in HDR10 format



## Awesome entertainment value

Embark on the adventure of a lifetime—right from your smartphone. Now with 5G connectivity, stream 4K HDR videos flawlessly and with a boosted display. Combine lifelike graphics powered by the enhanced Qualcomm® Adreno™ 619L GPU with immersive Qualcomm® aptX™ audio and you'll get lost in the most intense movies, games, and shows.

- Adreno 619L GPU delivers up to 60% faster graphics rendering
- First 6-series platform to support 120 Hz display for an ultra-smooth user interface



## Pumped-up performance

Whether work, play, or everyday interactions—do it all faster, smoother, and longer on the Snapdragon 690 5G. Our improved 8 nm process allows you to launch apps and complete tasks without lag, plus the Qualcomm® Kryo™ CPU boasts brand new architectures for vigorous, yet efficient, performance.

- Up to 20% improved CPU performance compared to predecessor
- Qualcomm® Quick Charge™ 4+ Technology charges up to 4x faster than conventional charging
- First 6-series to support Dual Wi-Fi Antennas (2x2 Wi-Fi) and key Wi-Fi 6 features, with the Qualcomm® FastConnect™ 6200 System

To learn more visit
**snapdragon.com**

All comparisons made are in reference to previous generation, Snapdragon 675 mobile platform. Results will vary depending on OEM implementation and other factors. Battery life varies significantly based on device, setting, usage, and other factors.

Qualcomm Snapdragon, Qualcomm AI Engine, Qualcomm Hexagon, Qualcomm Spectra, Qualcomm Adreno, Qualcomm aptX, Qualcomm Kryo, Qualcomm Quick Charge, and Qualcomm FastConnect are products of Qualcomm Technologies Inc. and/or its subsidiaries.

ONEPLUS0000017

Qualcomm® Snapdragon®

# 690 5G Mobile Platform

## SPECIFICATIONS & FEATURES

### Qualcomm AI Engine

- Adreno 619_ GPU
- Kryo 560 CPU
- Hexagon 692 Processor
  - Hexagon Scalar Accelerator
  - Qualcomm® Hexagon™ Vector eXtensions (HVX)
  - Hexagon Tensor Accelerator
- Qualcomm Sensing Hub
  - Ultra low power hub for audio, voice and sensors
  - Supports AI algorithms at low power
  - Support for fusing contextual data streams including sensors, audio and voice
  - Supports multiple voice assistants
  - Multi-mic far-field detection and echo cancellation

### 5G Modem-RF System

- Snapdragon X51 5G Modem-RF System – Modem to antenna integrated system for 5G multimode
- 5G standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- Sub-6 GHz 100 MHz bandwidth, 4x4 MIMO
- Qualcomm 5G PowerSave
- Qualcomm® Smart Transmit™ technology
- Qualcomm Wideband Envelope Tracking
- Qualcomm® Signal Boost adaptive antenna tuning
- Global 5G multi-SIM
- Downlink: Up to 2.5 Gbps (5G), 1.2 Gbps (LTE)
- Uplink: Up to 900 Mbps (5G), 210 Mbps (LTE)
- Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

### Wi-Fi & Bluetooth

- FastConnect 6200 System
  - Wi-Fi Standards: Wi-Fi 6-ready (802.11ax-ready), 802.11ac Wave 2, 802.11a/b/g, 802.11n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz
  - Channel Utilization: 20/40/80 MHz
  - MIMO Configuration: 2x2 (2-stream) with ML-MIMO
  - 8-stream sounding (for 8x8 MU-MIMO)
  - Wi-Fi Security: WPA3-Enterprise, WPA3-Enhanced Open, WPA3 Easy Connect, WPA3-Personal
  - Target Wake Time (TWT)

- Integrated Bluetooth
  - Bluetooth version: 5.1
  - Bluetooth audio: Qualcomm TrueWireless™ Technology, aptX Adaptive

### Camera

- Qualcomm Spectra 355L Image Signal Processor
- Dual 14-bit ISPs
- Up to 192 MP snapshot capture (up to 48 MP snapshot capture with MFNR)
- Up to 32+16 MP dual camera @ 30 FPS with Zero Shutter Lag
- Rec. 2020 color gamut/10-bits per color video capture
- Slow-mo video capture at 720p @ 240 FPS
- HEIF: HEIC photo capture, HEVC video capture
- Video Capture Formats: HDR10, HLG
- 4K HDR Video Capture with Portrait Mode (Bokeh)
- Multi-frame Noise Reduction (MFNR)

### Audio

- Hexagon Voice Assistant Accelerator for hardware accelerated voice signal processing
- Qualcomm Aqstic™ audio codec (up to WCD9385)
  - Total Harmonic Distortion + Noise (THD+N), Playback: -108dB
  - Native DSD support, PCM up to 384 kHz/32-bit
  - Customizable "Golden Ears" filter
- Qualcomm Aqstic smart speaker amplifier (up to WSA8815)

### Display

- Maximum On-Device Display Support:
  - FHD+ @ 120 Hz
- Maximum External Display Support:
  - QHD @ 60 Hz
- 10-bit color depth, Rec. 2020 color gamut
- HDR10

### CPU

- Kryo 560, Octa-core CPU
  - Up to 2.0 GHz
  - 64-bit Architecture

### Visual Subsystem

- Adreno 619L GPU
- Vulkan® 1.1 API support
- 4K HDR10 PQ and HLG Video Playback (10 bit color depth, Rec. 2020 color gamut)
- H.264 (AVC), H.265 (HEVC) VP8 and VP9 playback
- Physically Based Rendering
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1, DirectX 12

### Security

- Biometric Authentication: Fingerprint, Iris, Voice, Face
- On-Device: Qualcomm® Mobile Security, Key Provisioning Security, Qualcomm® Processor Security, Qualcomm® Content Protection, Qualcomm® Trusted Execution Environment, Camera Security Secure Camera, Crypto Engine, Malware Protection, Secure Boot, Secure Token

### Charging

- Quick Charge 4+ technology

### Location

- GPS, Glonass, BeiDou, Galileo, QZSS, NavIC, and SBAS
- Dual Frequency Support
- Low Power Geofencing and Tracking, Sensor-assisted Navigation
- Near Field Communications (NFC): Supported

### General Specifications

- Memory Speed: up to 1866 MHz, 8 GB RAM
- Memory Type: 2 x 16-bit, LPDDR4x
- Near Field Communications (NFC) support
- DisplayPort over USB Type-C support
- 8 nm Process Technology
- Part Number: SM6350

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm Hexagon, Qualcomm aptX, Qualcomm Smart Transmit, Qualcomm FastConnect, Qualcomm TrueWireless, Qualcomm Kryo, Qualcomm Spectra, Qualcomm Processor Security, Qualcomm® TEE, Qualcomm Signal Boost, Qualcomm Mobile Security, Qualcomm Aqstic, and Qualcomm Content Protection are products of Qualcomm Technologies Inc. and/or its subsidiaries.

©2020 Qualcomm Technologies, Inc. and/or its affiliated companies.

Qualcomm, Snapdragon, Kryo, Adreno, Qualcomm Spectra, Hexagon, Qualcomm Aqstic, and Qualcomm TrueWireless are trademarks of Qualcomm Incorporated, registered in the United States and other countries. Smart Transmit, FastConnect, and Quick Charge are trademarks of Qualcomm Incorporated. aptX is a trademark of Qualcomm Technologies International, Ltd., registered in the United States and other countries. Smart Transmit is a trademark of Qualcomm Incorporated. Other products and brand names may be trademarks or registered trademarks of their respective owners.

# QUALCOMM® SNAPDRAGON™

# 820

## PROCESSOR

## Enabling a more immersive, intuitive and connected experience

**The Snapdragon 820 mobile processor offers many advantages:**

+ X12 LTE: Industry leading connectivity with LTE download speeds of up to 600 Mbps, multi-gigabit 802.11ad, and 2x2 802.11ac Wi-Fi

+ New Qualcomm® Kryo™ CPU: Delivering maximum performance and low power consumption, Kryo is QTI's first custom 64-bit quad-core CPU, manufactured in advanced 14nm FinFET LPP process

+ New Qualcomm® Adreno™ 530 GPU: Up to 40% better graphics and compute performance for improved visual fidelity while reducing power consumption

+ Qualcomm Spectra™ 14-bit dual image signal processors (ISPs) deliver high resolution DSLR-quality images using heterogeneous compute for advanced processing and additional power savings

+ New Qualcomm® Hexagon™ 680 DSP includes Hexagon Vector eXtensions (HVX) and Sensor Core with Low Power Island for always-on sensor processing

+ New Touch-To-Track: Recognize and track multiple objects on screen using advanced computer vision

**To learn more visit:**
**snapdragon.com** or **mydragonboard.org**

## FEATURING THE LATEST IN MOBILE TECHNOLOGY



### Sharper, higher quality images

Qualcomm Spectra 14-bit dual image signal processors tap into the enhanced performance and feature enhancements Hexagon 680 DSP's HVX performance adds, with amazing features like Low Light Photo and Video, and Touch-to-Track



### Immersive, life-like virtual reality

Experience realistic visual and audio immersion and smooth VR action enabled by Snapdragon 820's heterogeneous compute platform, designed for high performance and optimized for long battery life



### Next-generation computer vision

Drive more safely with object detection and enhanced navigation. Enhance your smartphone camera capability with features that can track faces and objects for a more intelligent mobile experience.



### Deeply immersive 3D gaming

The combination of Snapdragon 820's Adreno 530 GPU and Kryo CPU creates enough compute performance to enable console quality games and exciting, next generation virtual reality applications.



### All day battery life and faster charging

Snapdragon 820 lowers power consumption by 30% over previous generation plus charge a typical phone from zero to 80 percent in about 35 minutes, with Qualcomm® Quick Charge™ 3.0 technology.



Qualcomm Snapdragon, Qualcomm Adreno, Qualcomm Quick Charge, Qualcomm Kryo, Qualcomm Spectra and Qualcomm Hexagon are products of Qualcomm Technologies, Inc.

ONEPLUS0000019



Snapdragon 820 processors. Enabling a more connected, immersive and intelligent all day experience.

## FEATURES & SPECIFICATIONS[3]

### CPU
+ Custom 64-bit Kryo quad-core CPU up to 2.2GHz
+ 14nm FinFET process technology

### GPU
+ Adreno 530 GPU: OpenGL ES 3.1 + AEP[1], OpenCL2.0 Full1, Vulcan[1], Renderscript, 64-bit virtual addressing DirectX 11.2, plus hardware tessellation, geometry shaders, programmable blending and decreased power consumption[2]

### DSP
+ Hexagon 680 DSP with Hexagon Vector eXtensions and Low Power Island for sensor processing

### Display
+ 4k60 FPS decode 10-bit 4k60 FPS over HDMI 2.0 4k60 Miracast 2.0 streaming HEVC 10-bit and VP9 decode Direct Stream Video for Wireless Display
+ 3:1 Frame Buffer Compression ratio

### Memory
+ LPDDR4
+ UFS 2.0—Gear 3 storage
+ Universal Bandwidth Compression

### Modem
+ Integrated X12 LTE modem, supporting Cat 12 download speeds up to 600 Mbps, Cat 13 upload speeds up to 150 Mbps
+ Snapdragon All Mode with support for LTE FDD and TDD, WCDMA (DB-DC-HSDPA, DC-HSUPA), TD-SCDMA, CDMA 1x/EVDO, and GSM/Edge
+ Support for 256-QAM DL, 64-QAM UL, and 4x4 MIMO
+ Support for Ultra HD Voice with the Enhanced Voice Services (EVS) codec
+ Smart Wi-Fi calling with real-time Wi-Fi quality monitoring
+ Support for Qualcomm® TruSignal™ antenna boost technology
+ LTE-U support
+ Next Gen QFE3100 Envelope Tracking

### Connectivity
+ Qualcomm® VIVE™ 802.11ac 2x2 MU-MIMO
+ Tri-band Wi-Fi
+ QCA9500 802.11ad 60GHz WiFi

### Camera
+ Dual ISPs can support up to 28MP@30fps and 1.2GP/sec throughput

### Charging
+ Quick Charge 3.0

### Security
+ Qualcomm® SecureMSM™ foundation
+ Qualcomm® Snapdragon™ Smart Protect
+ Qualcomm® Snapdragon Sense™ ID fingerprint technology
+ Qualcomm® Snapdragon StudioAccess™ content protection

### Multimedia
+ 10-bit 4K decode
+ 1080p240 FPS decode
+ 4K HEVC video (Decode: 60 fps, 10-bit. Encode: 30 fps)
+ Simultaneous 1080p30+1080p30 inbound/outbound



[1] As of Nov 1, 2015, Snapdragon 820 has been conformance certified by Khronos for OpenCL™ 2.0, and is expected to be certified for OpenGL® ES 3.1. Conformance criteria for Vulkan™ Specifications have not yet been established. Snapdragon 820 is intended to support this standard.
[2] As compared to its predecessor, the Adreno 430 GPU in the Snapdragon 810 processor.
[3] Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm TruSignal, Qualcomm Snapdragon StudioAccess, Qualcomm Smart Protect, Qualcomm Snapdragon Sense, VIVE and Qualcomm SecureMSM are products of Qualcomm Technologies, Inc.

©2015-2016 Qualcomm Technologies, Inc. All Rights Reserved. Qualcomm, Snapdragon, SecureMSM, Hexagon, Snapdragon StudioAccess, VIVE and Adreno are trademarks of Qualcomm Incorporated, registered in the United States and other countries. Quick Charge, TruSignal, Qualcomm Spectra, Kryo and Snapdragon Sense are trademarks of Qualcomm Incorporated. All Qualcomm Incorporated trademarks are used with permission. Other products and brand names may be trademarks or registered trademarks of their respective owners.

ONEPLUS0000020

# Snapdragon
695 5G mobile platform

695

The Snapdragon® 695 5G Mobile Platform takes 5G truly global, offering both sub-6 and mmWave in the 6-series. This accessible multi-gigabit connectivity unites with key performance upgrades to champion inspired productivity, immersive gaming, and high-end capture. Work hard, play harder—everywhere.



## Truly global 5G

Capture the action, defeat your foes, or crush that to-do list—most anywhere. 5G is truly global with both sub-6 and mmWave, offering fast, reliable service from more locations than ever before. Livestream your remote getaway, share photos during a crowded concert, or game in real time as you travel near and far. This connectivity makes history.

- Snapdragon X51 5G Modem-RF System
- Support for SA and NSA modes, TDD, FDD, and DSS
- Download speeds up to 2.5 Gbps



## Inspired productivity

Accomplish it all quickly and confidently. Our boosted CPU and GPU make every on-device activity smooth and efficient, including seamless app performance, graphics rendering, web browsing, and video playback. Plus, Qualcomm® Quick Charge™ 4+ Technology keeps you on track longer and recharges faster. Master the power of multi-tasking—backed by Snapdragon.

- Qualcomm® Kryo™ 660 CPU boasts a 15% improvement from the predecessor
- Ultra-efficient 6nm process
- Quick Charge 4+ is designed to power up to 50% in 15 minutes while extending battery life cycles



## Immersive gaming

Authentic adventures await gamers who harness the Snapdragon 695. Our boosted Qualcomm® Adreno™ 619 GPU unites with display support up to 120 FPS FHD+ to deliver brilliant game worlds with smooth action. Plus, AI offers real-time voice detection for intuitive in-game commands. And with 5G and Wi-Fi 6, you'll experience amped-up performance that accelerates your wins—at home or on-the-go.

- Rearchitected Adreno 619 GPU pushes speeds up to 30% faster vs the predecessor
- Qualcomm® Sensing Hub offers accurate, always-on voice recognition
- Qualcomm® FastConnect™ 6200 System with 2x2 Wi-Fi 6



## Capture the action

Take your mobile photography further. Our Qualcomm Spectra™ 346T ISP offers quality point-and-shoot experiences, with simultaneous triple capture plus Low Light capabilities. Take three high-res photos or record three HD videos at once—and never miss a memory. Plus, snap clear, brilliant images after dark. With Snapdragon, the best shot is always at your fingertips.

- Spectra 346T ISP enables triple concurrent 13 MP photo and 720p30 video capture
- Smooth transitioning between ultra-wide, wide, and telephoto lenses
- Low Light for brighter photos in darker environments

To learn more visit
snapdragon.com

All comparisons made are in reference to previous generation. Results will vary depending on OEM implementation and other factors. Battery life varies significantly based on device, setting, usage, and other factors.

Snapdragon, Qualcomm Quick Charge, Qualcomm Kryo, Qualcomm Adreno, Qualcomm Sensing Hub, Qualcomm FastConnect, and Qualcomm Spectra are products of Qualcomm Technologies Inc. and/or its subsidiaries.

ONEPLUS0000021

Snapdragon®
# 695 5G mobile platform

**SPECIFICATIONS & FEATURES**

## Qualcomm® Artificial Intelligence (AI) Engine

- Qualcomm® Adreno™ 619 GPU
- Qualcomm® Kryo™ 660 CPU
- Qualcomm® Hexagon™ 686 Processor
  - Hexagon Vector eXtensions
  - Hexagon Scalar Accelerator
- Qualcomm® Sensing Hub
  - Ultra low power hub for audio, voice and sensors
  - Supports multiple hardware accelerated always-on voice assistants
  - Multi-mic far-field detection and echo cancellation

## 5G Modem-RF System

- Snapdragon X51 5G Modem-RF System – Modem to antenna integrated system for 5G multimode
- 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 200 MHz bandwidth, 2x2 MIMO
- Sub-6 GHz: 100 MHz bandwidth, 4x4 MIMO
- Qualcomm® 5G PowerSave
- Qualcomm® Smart Transmit™ technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® AI-Enhanced Signal Boost
- Global 5G multi-SIM
- Downlink: Up to 2.5 Gbps (5G), 800 Mbps (LTE)
- Uplink: Up to 1.5 Gbps (5G), 210 Mbps (LTE)
- Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

## Wi-Fi & Bluetooth®

- Qualcomm FastConnect 6200 System
  - Wi-Fi Standards: 802.11ac Wave 2, 802.11a/b/g/n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz
  - Channel Utilization: 20/40/80 MHz
  - MIMO Configuration: 2x2
  - 8-stream sounding, MU-MIMO
  - Target Wake Time (TWT)
  - Wi-Fi Security: WPA3-Enterprise, WPA3-Enhanced Open, WPA3 Easy Connect, WPA3-Personal
- Integrated Bluetooth
  - Bluetooth version: 5.2
  - Bluetooth audio: Qualcomm TrueWireless™ Technology, Qualcomm® aptX™ Adaptive Audio

## Camera

- Qualcomm Spectra™ 346T Image Signal Processor
- Triple 12-bit ISPs
- Up to 108 MP Photo Capture
- Up to 13 MP triple camera with 30 FPS Zero Shutter Lag and Multi-Frame Noise Reduction
- Up to 25 MP + 13 MP dual camera with 30 FPS Zero Shutter Lag and Multi-Frame Noise Reduction
- Up to 32 MP single camera with 30 FPS Zero Shutter Lag and Multi-Frame Noise Reduction
- 1080p Single Video Capture @ 60 FPS
- 1080p Dual Video Capture @ 30 FPS
- 720p Triple Video Capture @ 30 FPS
- HEIC photo capture
- H.264 (AVC) and H.265 (HEVC) video capture
- Slow Motion video capture 720p @ 120 FPS

## Audio

- Low Power Audio Subsystem
- Qualcomm® AI-based Echo Cancellation and Noise Suppression
- Snapdragon® Voice Activation
- Total Harmonic Distortion + Noise (THD+N), Playback: 108dB
- Hi-Fi Audio with up to 384 kHz/32-bit
- Qualcomm Aqstic™ smart speaker amplifier (up to WSA8831)
- Qualcomm Aqstic™ audio codec (up to WCD9385)

## Display

- On-Device Display Support:
  - F-HD+ (1080 x 2520 @ 120 Hz)
  - HD+ (900 x 1600 @ 120 Hz)

## CPU

- Kryo 660, Octa-core configuration
  - Up to 2.2 GHz
  - 64-bit architecture

## Visual Subsystem

- Adreno 619 GPU
- H.264 (AVC), H.265 (HEVC) VP8 and VP9 playback
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0, Vulkan® 1.1

## Security

- Platform Security Foundations: Secure Boot, Debug Security, HW Crypto Cores, HW/SW Key Management, HW/SW storage security, Peripherals Security
- Trusted Execution Environment and Services:
  - Qualcomm® Trusted Execution Environment (TEE)
  - Qualcomm® Content Protection (Widevine™ V16), Camera Security Framework, Trusted UI Framework
- Qualcomm® wireless edge services (WES): Chip-to-Cloud services to establish and maintain device trust.
  - Qualcomm® WES Attestation Service

## Charging

- Quick Charge 4+ technology

## Location

- GPS, GLONASS, BeiDou, Galileo, NavIC, QZSS
- Dual-Frequency GNSS (L1 + L5)
- Qualcomm® Sensor-Assisted Positioning

## General Specifications

- Memory: 2x16 LP4x @ 2133 MHz
- Storage: eMMC 5.1, UFS 2.2
- Near Field Communications (NFC) support
- USB Type-C support
- 6nm Process Technology
- Part number: SM6375

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm AI Engine, Qualcomm Hexagon, Qualcomm 5G PowerSave, Qualcomm Smart Transmit, Qualcomm Wideband Envelope Tracking, Qualcomm AI-Enhanced Signal Boost, Qualcomm aptX, Qualcomm Aqstic, Qualcomm Content Protection, Qualcomm TEE, Qualcomm Malware Protection, Qualcomm Mobile Security, Qualcomm Processor Security, Qualcomm WES, Qualcomm WCD9385, and Qualcomm Sensor-Assisted Positioning are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

Snapdragon, Qualcomm, Quick Charge, Kryo, Adreno, FastConnect, Qualcomm Spectra, Hexagon, Smart Transmit, Qualcomm Spectra, and Qualcomm Aqstic are trademarks of Qualcomm Incorporated. aptX is a trademark of Qualcomm Technologies International, Ltd., registered in the United States and other countries. Other products and brand names may be trademarks or registered trademarks of their respective owners.

©2021 Qualcomm Technologies, Inc. and/or its affiliated companies. All Rights Reserved.





Qualcomm® Snapdragon™ 855+/860 Mobile Platform is an entertainment dynamo designed for captivating photography and gaming experiences. Delivering faster graphics rendering and an uplift in CPU performance from the standard Snapdragon 855, you'll see and feel a boost in every play.



## Framerate-shattering performance

Snapdragon™ 855+/860 delivers incredible gains while managing your device's power efficiently. Gaming takes on a new dimension with faster graphics rendering and an uplift in CPU performance from the Snapdragon 855. Amp up your game play with a platform engineered for heart-pumping pace.

- Qualcomm® Kryo™ 485 CPU Prime core clock speed at up to 2.96 GHz
- 15% faster graphics rendering compared to standard Snapdragon 855



## Photography as dynamic as real life

Whether epic or everyday, your memories matter. The Qualcomm Spectra™ 380 ISP enables super-fast autofocus, reducing noise for pro-quality pictures on your mobile device. With support for up to 192 MP photos and 4K HDR videos, you'll get extreme detail and vivid colors that rival the true experience.

- Dual 14-bit CV ISPs enable higher resolution and support up to 22 MP capture on dual cameras simultaneously
- Support for HD slow-motion recording and 4K HDR video in Portrait Mode
- HEIF and HEVC capture formats save space on-device
- Spectra 380 boasts 4x more power savings than previous ISP generations



## The ultimate gaming advantage

Qualcomm® Snapdragon Elite Gaming™ puts victory at your fingertips. You'll gain an exclusive, competitive edge with a suite of hardware and software features that are optimized for gaming. Play at your highest potential with enhancements that provide smoother play, near-instant response, incredible audio, and cinema-quality graphics.

- Vulkan 1.1 Graphics Driver runs off 20% less power than Open GL ES
- Includes Game Jank Reducer, Game Fast Loader, Game Anti-Cheat Extensions and more
- First true HDR gaming on mobile, providing over 1 billion shades of color
- Qualcomm® aptX™ Adaptive and Qualcomm Aqstic™ deliver a smooth, crystal-clear audio experience



## Exceptional connectivity

Step into the new era of mobile gaming. Both ultra-powerful platforms give you the best of multi-gigabit 4G and powerful 5G connectivity, unleashing high-speed mobile experiences. Watch multi-player interactions unfold at the speed of human reflex with the Snapdragon X50 5G modem.

- Multi-gigabit 5G, 4G LTE and Wi-Fi
- Support for mmWave and sub-6 GHz



## Ultra-responsive AI

Outsmart the competition with our brilliant 4th generation on-device AI engine. Utilizing all cores, it packs 3 times the power of the Snapdragon 845. With sophisticated capabilities and ultra-responsive intelligence, you'll get smarter, more intuitive photography and game play while managing your device's power more efficiently.

- Qualcomm® Hexagon™ 690 Processor featuring 2x Vector accelerator increase in performance and a new Tensor accelerator
- Greater than 7 trillion operations per second (TOPS)

To learn more visit
**snapdragon.com**

All comparisons made are in reference to previous generation, Snapdragon 845 mobile platform. Results will vary depending on OEM implementation and other factors.

Qualcomm Snapdragon, Qualcomm Kryo, Qualcomm Hexagon, Qualcomm Adreno, Qualcomm aptX, Qualcomm Snapdragon Elite Gaming, and Qualcomm Aqstic are products of Qualcomm Technologies Inc. and/or its subsidiaries.

855+
860

ONEPLUS0000023

Qualcomm® Snapdragon™

# 855+/860 Mobile Platform

**Qualcomm**
snapdragon

## SPECIFICATIONS & FEATURES

### Qualcomm® Artificial Intelligence Engine

- Qualcomm® Hexagon™ 690 Processor
- Qualcomm® Hexagon™ Vector Accelerator
- Qualcomm® Hexagon™ Tensor Accelerator
- Qualcomm® Hexagon™ Voice Assistant
- Qualcomm® All-Ways Aware™ Hub
- Qualcomm® Adreno™ 640 GPU
- Qualcomm® Kryo™ 485 CPU

### 5G Modem

- Snapdragon X50 5G Modem
- Supported Technologies: 5G NR
- Support for sub-6 GHz and mmWave
- Supported Spectrum:
  - mmWave: 800 MHz bandwidth, 8 carriers, 2x2 MIMO
  - Sub-6 GHz: 100 MHz bandwidth, 4x4 MIMO

### 4G Modem

- Snapdragon™ X24 LTE modem
- Cellular Technologies: LTE FDD, LTE TDD with CBRS support, LAA, LTE Broadcast, WCDMA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE
- Downlink: LTE Cat 20 up to 2.0 Gbps, 7x20 MHz carrier aggregation, 256-QAM, 4x4 MIMO on five carriers
- Uplink: LTE Cat 13 up to 318 Mbps, 3x20 MHz carrier aggregation, 256-QAM, Uplink Data Compression
- Multi SIM with support for Dual SIM Dual VoLTE (DSDV) and LTE Dual SIM Dual Standby (DSDS) + AA
- Next-generation Calling Services including VoLTE with SRVCC to 3G and 2G, HD and Ultra HD Voice (EVS), and CSFB to 3G and 2G

### Wi-Fi

- Qualcomm® Wi-Fi 6-ready mobile platform
  - Wi-Fi Standards: 802.11ax-ready, 802.11ac Wave 2, 802.11a/b/g, 802.11n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz
  - Channel Utilization: 20/40/80 MHz
  - MIMO Configuration: 2x2 (2-stream)
  - MU-MIMO
  - Dual-band simultaneous (DBS)
  - Key Features: 8x8 sounding (up to 2x improvement over 4x4 sounding devices), Target Wakeup Time for up to 67% better power efficiency, latest security with WPA3
- Qualcomm® 60 GHz-ready Wi-Fi mobile platform
  - Wi-Fi Standards: 802.11ad, 802.11ay
  - Wi-Fi Spectral Band: 60 GHz
  - Peak speed: 10 Gbps
  - Key Features: multi-gigabit speeds, wire-equivalent latency, always-on ambient Wi-Fi sensing

### Camera

- Qualcomm® Spectra™ 380 Image Sensor Processor
- Dual 14-bit ISPs
- Hardware accelerator for computer vision (CV-ISP)
- Up to 22 MP dual camera
- Up to 48 MP single camera
- Rec. 2020 color gamut video capture
- Up to 10-bit color depth video capture
- Slow motion video capture at 720p HDR, 480fps
- HEIF photo capture, HEVC video capture
- Video Capture Formats: HDR10+, HDR10, HLG
- 4K HDR Video Capture with Portrait Mode (Bokeh)
- Multi-frame Noise Reduction (MFNR)
- Real-time object classification, segmentation and replacement

### Audio

- Low-power Audio Subsystem with A
- Hexagon Voice Assistant Accelerator for advanced voice use cases
- Qualcomm Aqstic™ Audio Technology
  - Native DSD support, PCM up to 384 kHz/32-bit
  - Supports two wake words simultaneously (Google Assistant, Amazon Alexa, Baidu, Cortana)
- Always-on echo cancellation and noise suppression; up to 4 mic far-field mic support for better voice recognition in rough conditions
- Qualcomm® aptX™ Adaptive audio technology
  - aptX Adaptive adjusts performance for optimum quality, latency, and efficiency
- Qualcomm TrueWireless™ Stereo Plus technology

### Display

- Maximum On-Device Display Support: Up to 4K HDR
- Maximum External Display Support: Up to two 4K HDR displays
- Dual Display Concurrency: FHD+ @ 60 Hz (855+), FHD+ @ 9G Hz (860)
- 10-bit color depth, Rec. 2020 color gamut

### CPU

- 8x Qualcomm® Kryo™ 485
- Up to 2.96 GHz
- 64-bit Architecture
- 7-nm Process Technology

### Visual Subsystem

- Adreno 640 GPU
- Vulkan® 1.1 API support
- HDR gaming (10-bit color depth, Rec. 2020 color gamut)
- Physically Based Rendering
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1
- Hardware-accelerated H.265 and VP9 decoder
- HDR Playback Codec support for HDR10+, HDR10, HLG and Dolby Vision
- Volumetric VR video playback
- 8K 360 VR video playback

### RF Front-End

- Comprehensive 5G/4G modem-to-antenna solution
- QTM052 5G mmWave antenna module
- Qualcomm Adaptive Antenna Tuning
- Qualcomm Envelope Tracking
- High-power transmit (HPUE)

### Security

- Secure Processing Unit featuring mobile payments and Qualcomm® 3D Sonic Sensor
- Biometric Authentication: Fingerprint, Iris, Voice, Face
- On-Device: Qualcomm® Mobile Security, Key Provisioning Security, Qualcomm® Processor Security, Qualcomm® Content Protection, Qualcomm® Trusted Execution Environment, Camera Security, Crypto Engine, Malware Protection, Secure Boot, Secure Token

### Memory

- Memory Speed: 2133 MHz
- Memory Type: 4x16-bit, LPDDR4x
- Memory Density: up to 12 GB (855+), up to 16 GB (860)

### Connectivity Specifications

- Bluetooth Version: 5.0
- Bluetooth Speed: 2 Mbps
- Satellite Systems Support: Dual frequency GNSS, GPS, GLONASS, Beidou, Galileo, QZSS, SBAS
- Near Field Communications (NFC): Supported
- USB Version 3.1; USB Type-C support

### Charging

- Qualcomm® Quick Charge™ 4+ technology

### Part Number

- SM8150-AC

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm Aqstic, Qualcomm aptX, Qualcomm Snapdragon, Qualcomm Snapdragon Upload+, Qualcomm All-Ways Aware, Qualcomm Quick Charge, Qualcomm 3D Sonic Sensor, Qualcomm Wi-Fi 6, Qualcomm 60GHz Wi-Fi, Qualcomm TrueWireless, Qualcomm Processor Security, Qualcomm Mobile Security, and Qualcomm Content Protection are products of Qualcomm Technologies Inc. and/or its subsidiaries.

Other products and brand names may be trademarks or registered trademarks of their respective owners. Qualcomm, Snapdragon, Kryo, Adreno, Qualcomm Spectra and Hexagon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.

ONEPLUS0000024



Qualcomm
snapdragon
460 mobile platform

The Qualcomm® Snapdragon™ 460 Mobile Platform delivers impressive mobile experiences with gigantic performance leaps, first-in-series AI, and feature-packed camera experiences.

460



### Gigantic performance improvements

Give your on-device performance a jolt with massive improvements from the previous generation. These advancements allow you to accomplish more on your device from easy multitasking and web browsing to casual gaming.

- Qualcomm® Kryo® 240 CPU distributes workloads between 8 cores, providing a 70% boost in performance
- Qualcomm® Adreno™ 610 GPU boasts a 60% faster graphics rendering
- First 11 nm Process in 4-series for improved performance and power savings



### Smarter mobile experiences

With first-in-series AI, this platform opens up a bright new world of possibility. The 3rd gen Qualcomm® AI Engine powers smarter, more intuitive on-device interactions that respond to you and your environment—like intelligent photo capture and better voice assistants to accomplish daily tasks.

- First 4-series Qualcomm AI Engine and Qualcomm® Hexagon™ Vector eXtensions
- Qualcomm® Sensing Hub enables your favorite voice assistant to be always-on, awaiting your command



### Feature-packed camera

Behold a powerful camera more capable and brilliant than the Snapdragon 4-series has ever seen. The Qualcomm® Spectra™ 340 ISP offers a whole new photography experience complete with more megapixels of detail and better capture in extreme low light. And now, you can document all your special moments from nearly every angle with multi-camera support.

- First Qualcomm Spectra in the 4-series with power savings for more photos and videos per charge
- Qualcomm AI Engine works with your camera to effortlessly enhance your photos



### Fast, precise location tracking

Snapdragon 460 can better pinpoint where you are with first-in-series dual-frequency GNSS. It boasts up to 6x the accuracy in dense urban areas compared to the previous generation. Plus, with first-in-series support for India's NavIC satellite system (where available), your device can track your location faster and more accurately.

- First in series to support for India's NavIC satellite system
- First-in-series to support Dual Frequency GNSS (L1 and L5)
- Qualcomm® Sensor-Assisted Positioning



### Make better connections

Life calls for better connections—and the Snapdragon 460 delivers. This is our first 4-series mobile platform to come fully loaded with Qualcomm® FastConnect™ 6100 Subsystem, a Wi-Fi 6-ready integrated subsystem with Bluetooth 5.1, WPA3 Security, and digital FM.

- FastConnect 6100 lets you experience maximized performance and better battery life
- Bluetooth 5.1 provides improvement in power performance from previous generation

To learn more visit
snapdragon.com

All comparisons made are in reference to previous generation, Snapdragon 450 mobile platform. Results will vary depending on OEM implementation and other factors.

Qualcomm Snapdragon, Qualcomm Kryo, Qualcomm Hexagon, Qualcomm Spectra, Qualcomm Adreno, Qualcomm AI Engine, Qualcomm Sensing Hub, Qualcomm Sensor Assisted Positioning, and Qualcomm FastConnect are products of Qualcomm Technologies Inc. and/or its subsidiaries.

ONEPLUS0000025

Qualcomm® Snapdragon™

# 460 Mobile Platform

## SPECIFICATIONS & FEATURES

### AI Engine

- Adreno 610 GPU
- Kryo 240 CPU
- Hexagon 683 Processor
  - Hexagon Vector eXtensions
  - Hexagon Scalar Accelerator
- Qualcomm Sensing Hub
  - Ultra low power hub for audio, voice and sensors
  - Support for fusing contextual data streams including sensors, audio and voice
  - Supports multiple hardware-accelerated always-on voice assistants
  - Multi-mic far-field detection and echo cancellation

### Modem and RF Front-End

- Snapdragon X11 LTE modem
- Downlink: LTE Cat 13 up to 390 Mbps, 2x20 MHz carrier aggregation, up to 256-QAM
- Uplink: LTE Cat 13 up to 150 Mbps, 2x20 MHz carrier aggregation, up to 64-QAM
- 2x2 MIMO
- Supported Cellular Technologies: LTE FDD, LTE TDD, WCDMA (DC-HSDPA, HSUPA), TD-SCDMA, EVDO, CDMA 1x, GSM/EDGE
- LTE Dual SIM Dual Standby
- VoLTE with SRVCC to 3G and 2G, HD and Ultra HD Voice (EVS), CSFB to 3G and 2G
- Wi-Fi calling with call continuity between LTE and Wi-Fi
- Qualcomm® Signal Boost adaptive antenna tuning
- High-power transmit (HPUE)

### Wi-Fi & Bluetooth

- FastConnect 6100 Subsystem
  - Wi-Fi Standards: 802.11ax-ready, 802.11ac Wave 2, 802.11a/b/g/n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz

- Channel Utilization: 20/40/80 MHz
- MIMO Configuration: 1x1
- 8-stream sounding, MU-MIMO
- Target Wake Time (TWT)
- Wi-Fi Security: WPA3-Enterprise, WPA3-Enhanced Open, WPA3 Easy Connect, WPA3-Personal
- Integrated Bluetooth
  - Bluetooth version: 5.1
  - Bluetooth audio: Qualcomm TrueWireless™ Technology, Qualcomm® aptX™ Adaptive

### Camera

- Qualcomm Spectra 340 Image Signal Processor
- Dual 14-bit ISPs
- Up to 48 MP Photo Capture
- Up to 16 MP dual camera with Zero Shutter Lag and Multi-Frame Noise Reduction
- Up to 25 MP single camera with Zero Shutter Lag and Multi-Frame Noise Reduction
- Up to 25 MP with Multi-Frame Noise Reduction
- 1080p Video Capture @ 60 FPS
- HEIF: HEIC photo capture, HEVC video capture

### Audio

- Qualcomm Aqstic™ audio codec (WCD9370)
  - Total Harmonic Distortion + Noise (THD+N), Playback: -105 dB
  - PCM, Playback Up to 192 kHz/24-bit
- Low power audio subsystem
  - DSP offload for low power audio playback (Bluetooth, USB digital, analog out)

### Display

- On-Device Display Support:
  - FHD+ (1080 x 2520 @ 60 Hz)
  - HD+ (900 x 1600 @ 90 Hz)

### CPU

- Kryo 240, Octa-core CPU
- Up to 1.8 GHz
- 64-bit architecture

### Visual Subsystem

- Adreno 610 GPU
- H.264 (AVC), H.265 (HEVC) VP8 and VP9 playback
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0, Vulkan® 1.1

### Security

- Biometric Authentication: Fingerprint, Iris, Voice, Face
- On-Device: Qualcomm® Mobile Security, Key Provisioning Security, Qualcomm® Processor Security, Qualcomm® Content Protection, Qualcomm® Trusted Execution Environment, Camera Security, Peripheral Security, Crypto Engine, Qualcomm® Malware Protection, Secure Boot, Secure Token

### Charging

- Qualcomm® Quick Charge™ 3 technology

### Location

- GPS, Glonass, BeiDou, Galileo, QZSS, and SBAS
- NavIC support
- Dual-Frequency GNSS (L1 + L5)
- Qualcomm Sensor-Assisted Positioning

### General Specifications

- Storage: eMMC, UFS 2.1
- Memory: 1x32 LP3 @ 933 MHz, 2x16 LP4x @ 1866 MHz
- Near Field Communications (NFC) support
- USB Type-C support
- 11 nm Process Technology
- Part number: SM4250-AA

© 2020 Qualcomm Technologies, Inc. and/or its affiliated companies. All Rights Reserved.

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm TrueWireless, Qualcomm Aqstic, Qualcomm aptX, Qualcomm Quick Charge, Qualcomm Signal Boost, Qualcomm Mobile Security, Qualcomm Processor Security, Qualcomm Content Protection, Qualcomm Trusted Execution Environment, and Qualcomm Malware Protection are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

Qualcomm, Snapdragon, Adreno, Kryo, Hexagon, Qualcomm TrueWireless, Qualcomm Aqstic and Qualcomm Spectra are trademarks of Qualcomm Incorporated, registered in the United States and other countries. FastConnect and Quick Charge are trademarks of Qualcomm Incorporated. aptX is a trademark of Qualcomm Technologies International, Ltd., registered in the United States and other countries. Other products and brand names may be trademarks or registered trademarks of their respective owners.



Qualcomm® Snapdragon™ 855 Mobile Platform is the first mobile platform to collectively commercialize 5G, AI and XR, ushering in a new decade of revolutionary experiences. It's the premier mobile platform for a bold new era.



# Qualcomm® Snapdragon™ 855 Mobile Platform



### Multi-gigabit everything

The world's first commercial 5G mobile platform unleashes transformative 5G experiences with the Snapdragon™ X50 5G modem while harnessing multi-gigabit 4G connectivity. Combined with a new era of Wi-Fi performance, this is innovation for the next generation.

- Multi-gigabit 5G, 4G LTE and Wi-Fi
- Support for mmWave and sub-6 GHz
- Up to 20x sustained performance .eap compared to 4G



### Powerful, intuitive experiences

Snapdragon 855 is powered by new architecture improvements and leading 7nm process technology, a giant leap in CPU smartphone performance, and a Qualcomm® Hexagon™ Processor that's purpose-built for AI. This platform packs unimaginable performance and power efficiency for the next echelon of 5G, AI and XR – all while providing what matters most: insane battery life.

- Qualcomm® Kryo™ 485 CPU provides up to a 45% uplift in performance
- Continuous 4K HDR capture thanks to a 30% improvement in energy efficiency
- Qualcomm® Hexagon™ 690 DSP featuring 2x Vector accelerator increase in performance and a new Tensor accelerator



### AI to the 4th Power

Our 4th generation on-device AI engine is the ultimate personal assistant for camera, voice, XR and gaming – delivering smarter, faster and more secure experiences. Utilizing all cores, it packs 3 times the power of its predecessor for stellar on-device AI capabilities.

- Built with enhanced architectures geared towards AI
- Greater than 7 trillion operations per second (TOPS)
- Three times improvement over all cores



### Cinema-grade videography

From bleeding-edge color to a new evolution of cinema-grade videography, this platform sets brilliant new standards for mobile – including the world's first Computer Vision (CV-ISP) delivering 4K HDR video capture with Portrait Mode.

- World's first HDR10+ video capture
- Real-time object segmentation
- First Snapdragon mobile platform with HEIF saves photos, videos, and computer vision data at half the size

### Incredibly captivating entertainment

Go big, even when you're not at home. With 4K HDR video playback, your motion pictures will be brilliant, scene-by-scene and frame-by-frame. 5G makes XR real time, so fully immersive interactions happen at the speed of life. Plus, Snapdragon Elite Gaming equates to multi-player experiences that mimic human reflex. Game on.

- First true HDR gaming on mobile, providing over 1 billion shades of color
- Qualcomm® Adreno™ 640 GPU delivers up to 20% faster graphics rendering
- Qualcomm® aptX™ Adaptive and Qualcomm® Aqstic™ deliver a smooth, crystal-clear audio experience

To learn more visit
**snapdragon.com**

All comparisons made are in reference to previous generation, Snapdragon 845 mobile platform. Results will vary depending on OEM implementation and other factors.

Qualcomm Snapdragon, Qualcomm Kryo, Qualcomm Hexagon, Qualcomm Adreno, Qualcomm aptX and Qualcomm Aqstic are products of Qualcomm Technologies Inc. and/or its subsidiaries.



ONEPLUS0000027

Qualcomm® Snapdragon™

# 855 Mobile Platform

**Qualcomm snapdragon**

## SPECIFICATIONS & FEATURES

### Qualcomm® Artificial Intelligence Engine

- Qualcomm® Hexagon™ 690 Processor
- Qualcomm® Hexagon™ Vector Accelerator
- Qualcomm® Hexagon™ Tensor Accelerator
- Qualcomm® Hexagon™ Voice Assistant
- Qualcomm® All-Ways Aware™ Hub
- Qualcomm® Adreno™ 640 GPU
- Qualcomm® Kryo™ 485 CPU

### 5G Modem

- Snapdragon™ X50 5G Modem
- Supported Technologies: 5G NR
- Support for sub-6 GHz and mmWave
- Supported Spectrum:
  - mmWave: 800 MHz bandwidth, 8 carriers, 2x2 MIMO
  - Sub-6 GHz: 100 MHz bandwidth, 4x4 MIMO

### 4G Modem

- Snapdragon™ X24 LTE modem
- Cellular Technologies: LTE FDD, LTE TDD with CBRS support, LAA, LTE Broadcast, WCDMA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE
- Downlink: LTE Cat 20 up to 2.0 Gbps, 7x20 MHz carrier aggregation, 256-QAM, 4x4 MIMO on five carriers
- Uplink: LTE Cat 13 up to 318 Mbps, 3x20 MHz carrier aggregation, 256-QAM, Uplink Data Compression
- Multi SIM with support for Dual SIM Dual VoLTE (DSDV) and LTE Dual SIM Dual Standby (DSDS) +LAA
- Next-generation Calling Services including VoLTE with SRVCC to 3G and 2G, HD and Ultra HD Voice (EVS), and CSFB to 3G and 2G

### Wi-Fi

- Qualcomm® Wi-Fi 6-ready mobile platform
  - Wi-Fi Standards: 802.11ax-ready, 802.11ac Wave 2, 802.11a/b/g, 802.11n
  - Wi-Fi Spectral Bands: 2.4 GHz, 5 GHz
  - Channel Utilization: 20/40/80 MHz
  - MIMO Configuration: 2x2 (2-stream)
  - ML-MIMO
  - Dual-band simultaneous (DBS)
  - Key Features: 8x8 sounding (up to 2x improvement over 4x4 sounding devices), Target Wakeup Time for up to 67% better power efficiency, latest security with WPA3
- Qualcomm® 60 GHz Wi-Fi mobile platform
  - Wi-Fi Standards: 802.11ad, 802.11ay
  - Wi-Fi Spectral Band: 60 GHz
  - Peak speed: 10 Gbps

- Key Features: multi gigabit speeds, wire equivalent latency, always-on ambient Wi-Fi sensing

### Camera

- Qualcomm® Spectra™ 380 Image Sensor Processor
- Dual 14-bit ISPs
- Hardware accelerator for computer vision (CV-ISP)
- Up to 22 MP dual camera
- Up to 48 MP single camera
- Rec. 2020 color gamut video capture
- Up to 10-bit color depth video capture
- Slow motion video capture at 720p HDR, 480fps
- HEIF photo capture, HEVC video capture
- Video Capture Formats: HDR10+, HDR10, HLG
- 4K HDR Video Capture with Portrait Mode (Bokeh)
- Multi-frame Noise Reduction (MFNR)
- Real-time object classification, segmentation and replacement

### Audio

- Low-power Audio Subsystem with A
- Hexagon Voice Assistant Accelerator for advanced voice use cases
- Qualcomm® Aqstic™ Audio Technology
  - Native DSD support, PCM up to 384 kHz/32-bit
  - Supports two wake words simultaneously (Google Assistant, Amazon Alexa, Baidu, Cortana)
- Always-on echo cancellation and noise suppression; up to 4 mic far-field mic support for better voice recognition in tough conditions
- Qualcomm® aptX™ Adaptive audio technology
  - aptX Adaptive adjusts performance for optimum quality, latency, and efficiency
- Qualcomm TrueWireless™ Stereo Plus technology

### Display

- Maximum On-Device Display Support: Up to 4K HDR
- Maximum External Display Support: Up to two 4K HDR displays
- 10-bit color depth, Rec. 2020 color gamut

### CPU

- 8x Qualcomm® Kryo™ 485
- Up to 2.84 GHz
- 64-bit Architecture
- 7nm Process Technology

### Visual Subsystem

- Adreno 640 CPU
- Vulkan® 1.1 API support
- HDR gaming (10-bit color depth, Rec. 2020 color gamut)
- Physically Based Rendering
- API Support: OpenGL® ES 3.2, OpenCL™ 2.0 FP, Vulkan 1.1
- Hardware-accelerated H.265 and VP9 decoder
- HDR Playback Codec support for HDR10+, HDR10, HLG and Dolby Vision
- Volumetric VR video playback
- 8K 360 VR video playback

### RF Front-End

- Comprehensive 5G/4G modem-to-antenna solution
- QTM052 5G mmWave antenna module
- Qualcomm Adaptive Antenna Tuning
- Qualcomm Envelope Tracking
- High-power transmit (HPUE)

### Security

- Secure Processing Unit featuring mobile payments and Qualcomm® 3D Sonic Sensor
- Biometric Authentication: Fingerprint, Iris, Voice, Face
- On-Device: Qualcomm® Mobile Security, Key Provisioning Security, Qualcomm® Processor Security, Qualcomm® Content Protection, Qualcomm® Trusted Execution Environment, Camera Security, Crypto Engine, Malware Protection, Secure Boot, Secure Token

### Memory

- Memory Speed: 2133 MHz
- Memory Type: 4x16-bit, LPDDR4x
- Memory Density: up to 16 GB

### Connectivity Specifications

- Bluetooth Version: 5.0
- Bluetooth Speed: 2 Mbps
- Satellite Systems Support: Dual frequency GNSS, GPS, GLONASS, Beidou, Galileo, QZSS, SBAS
- Near Field Communications (NFC): Supported
- USB Version 3.1; USB Type-C support

### Charging

- Qualcomm® Quick Charge™ 4+ technology

Certain optional features available subject to Carrier and OEM selection for an additional fee.

Qualcomm Aqstic, Qualcomm aptX, Qualcomm Snapdragon Upload+, Qualcomm All-Ways Aware, Qualcomm Quick Charge, Qualcomm TrueWireless, Qualcomm Processor Security, Qualcomm Mobile Security, and Qualcomm Content Protection are products of Qualcomm Technologies Inc. and/or its subsidiaries.

Other products and brand names may be trademarks or registered trademarks of their respective owners. Qualcomm, Snapdragon, Kryo, Adreno, Qualcomm Spectra and Hexagon are trademarks of Qualcomm Incorporated, registered in the United States and other countries.