IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>*Defendant*. | Civil Action No. 5:22-cv-00069-RWS |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given in the Final Jury Instructions. Your answers to each question must be unanimous. In this verdict form, "Pantech" refers to Pantech Corporation and Pantech Wireless, LLC and "OnePlus" refers to OnePlus Technology (Shenzhen) Co., Ltd. As used below:

- "the '247 patent" refers to U.S. Patent No. 10,869,247;

- "the '954 patent" refers to U.S. Patent No. 11,012,954;

- "the '839 patent" refers to U.S. Patent No. 9,548,839;

- "the '654 patent" refers to U.S. Patent No. 9,063,654;

- "the '052 patent" refers to U.S. Patent No. 8,893,052;

- "the Asserted Claims" are:

    o Claim 1 of the '247 patent;

    o Claims 6 and 9 of the '954 patent;

  - o Claims 9 and 11 of the '839 patent;

  - o Claims 1, 6, and 10 of the '654 patent; and

  - o Claims 10 and 17 of the '052 patent;

- "SEPs" refers to the standards-essential '247, '839, and '954 patents.

**QUESTION NO. 1:**

Did Pantech prove by a preponderance of the evidence that OnePlus infringes any of the Asserted Claims?

Answer "Yes" in favor of Pantech or "No" in favor of OnePlus.

**'247 Patent:**

        Claim 1: Yes __✓__ (for Pantech)    No _____ (for OnePlus)

**'954 Patent:**

        Claim 6: Yes __✓__ (for Pantech)    No _____ (for OnePlus)

        Claim 9: Yes __✓__ (for Pantech)    No _____ (for OnePlus)

**'839 Patent:**

        Claim 9: Yes __✓__ (for Pantech)    No _____ (for OnePlus)

        Claim 11: Yes __✓__ (for Pantech)    No _____ (for OnePlus)

**'654 Patent**:

    Claim 1: Yes __✓__ (for Pantech)  No _____ (for OnePlus)

    Claim 6: Yes __✓__ (for Pantech)  No _____ (for OnePlus)

    Claim 10: Yes __✓__ (for Pantech)  No _____ (for OnePlus)

**'052 Patent**:

    Claim 10: Yes __✓__ (for Pantech)  No _____ (for OnePlus)

    Claim 17: Yes __✓__ (for Pantech)  No _____ (for OnePlus)

**QUESTION NO. 2:**

Did OnePlus prove by clear and convincing evidence that the following listed Asserted Claims of the following Asserted Patents are invalid?

**'654 Patent:**

        Claim 1: Yes _____ (for OnePlus)     No __✓__ (for Pantech)

        Claim 6: Yes _____ (for OnePlus)     No __✓__ (for Pantech)

        Claim 10: Yes _____ (for OnePlus)     No __✓__ (for Pantech)

**'052 Patent:**

        Claim 10: Yes _____ (for OnePlus)     No __✓__ (for Pantech)

        Claim 17: Yes _____ (for OnePlus)     No __✓__ (for Pantech)

**QUESTION NO. 3:**

*If you answered "No" as to every claim for Question 1, or answered "Yes" as to every claim for Question 2, do not answer Question 3.*

*For each asserted patent you determined to be infringed (Question 1) <u>and</u> not invalid (Question 2), answer the corresponding subpart of Question 3 below.*

<u>Question 3A:</u>

What damages, if any, expressed as a total dollar amount, has Pantech proven by a preponderance of the evidence would fairly and reasonably compensate Pantech for its damages resulting from infringement of the SEPs ('247, '839, and/or '954)?

*Answer in United States Dollars and Cents, if any:*

$ __7.41 million USD__

<u>Question 3B:</u>

What damages, if any, expressed as a total dollar amount, has Pantech proven by a preponderance of the evidence would fairly and reasonably compensate Pantech for its damages resulting from infringement of the '654 Patent and/or '052 Patent?

*Answer in United States Dollars and Cents, if any:*

$ __2.85 million USD__

*If you answered "Yes" for any subpart of Question 1, then continue to Question 4. If you answered "No" as to every claim for Question 1, skip Questions 4 and 5.*

## QUESTION NO. 4:

Did Pantech prove by a preponderance of the evidence that OnePlus's infringement, if any, was willful?

*Check "Yes" in favor of Pantech or "No" in favor of OnePlus. For each patent below, only provide a response if you answered "Yes" for at least one claim of that patent in Question 1.*

**SEPs:**

**'247 Patent**:    Yes  ✓  (for Pantech)        No _____ (for OnePlus)

**'839 Patent**:    Yes  ✓  (for Pantech)        No _____ (for OnePlus)

**'954 Patent**:    Yes  ✓  (for Pantech)        No _____ (for OnePlus)

**NEPs:**

**'654 Patent**:    Yes  ✓  (for Pantech)        No _____ (for OnePlus)

**'052 Patent**:    Yes  ✓  (for Pantech)        No _____ (for OnePlus)

*If you answered "Yes" for the '839 and/or '954 Patent for Question 1, then continue to Question 5. If you answered "No" for both the '839 and '954 Patent for Question 1, skip Question 5.*

**QUESTION NO. 5:**

Did OnePlus prove by a preponderance of the evidence that licensed base stations sold in the United States substantially embody the '839 and/or '954 Patents?

*Check "Yes" in favor of OnePlus or "No" in favor of Pantech as to each asserted patent claim*

**'839 Patent**:

      Yes _____ (for OnePlus)     No __✓__ (for Pantech)

**'954 Patent**:

      Yes _____ (for OnePlus)     No __✓__ (for Pantech)

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this 29 day of March, 2024.

_____
Jury Foreperson