**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>*Defendant*. | Civil Action No. 5:22-cv-00069-RWS |

# VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given in the Final Jury Instructions. Your answers to each question must be unanimous. In this verdict form, "Pantech" refers to Pantech Corporation and Pantech Wireless, LLC and "OnePlus" refers to OnePlus Technology (Shenzhen) Co., Ltd. As used below:

- "the '247 patent" refers to U.S. Patent No. 10,869,247;
- "the '954 patent" refers to U.S. Patent No. 11,012,954;
- "the '839 patent" refers to U.S. Patent No. 9,548,839;
- "the '654 patent" refers to U.S. Patent No. 9,063,654;
- "SEPs" refers to the standards-essential '247, '839, and '954 patents.

**QUESTION NO. 1:**

What damages, if any, expressed as a total dollar amount, has Pantech proven by a preponderance of the evidence would fairly and reasonably compensate Pantech for its damages resulting from OnePlus's infringement of the SEPs ('247, '839, and/or '954)?

***Answer in United States Dollars and Cents, if any:***

$ 739,708.43

**QUESTION NO. 2:**

What damages, if any, expressed as a total dollar amount, has Pantech proven by a preponderance of the evidence would fairly and reasonably compensate Pantech for its damages resulting from OnePlus's infringement of the '654 Patent?

***Answer in United States Dollars and Cents, if any:***

$ 260,291.57

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this ______ day of Oct 17, ________________, 2024.

[redacted]
_______________________________
Jury Foreperson