IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>*Defendant*. | Civil Action No. 5:22-cv-00069-RWS<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO REDACT THE TRIAL TRANSCRIPTS (DKT. 430, 432, 434)**

Before the Court is Plaintiffs Pantech Corporation and Pantech Wireless, LLC and Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Joint Motion to Redact the Trial Transcripts (Dkt. 430, 432, 434). The Court, having considered the same, is of the opinion the motion should be GRANTED. The proposed redactions set forth in Exhibits A-C of the Joint Motion shall be entered.