IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CASE NO. 5:22-CV-00069-RWS |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | § § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

Pursuant to Rules 58 and 60(b) of the Federal Rules of Civil Procedure, consistent with the Court's Sealed Orders (Docket Nos. 360, 498), in consideration of the jury verdicts delivered on March 27, 2024 (Docket No. 258) and October 17, 2024 (Docket No. 441), and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendant OnePlus Technology (Shenzhen) Co., Ltd. is found to infringe claim 1 of U.S. Patent No. 10,869,247 ("the '247 Patent");

- Defendant OnePlus is found to infringe claims 6 and 9 of U.S. Patent No. 11,012,954 ("the '954 patent");

- Defendant OnePlus is found to infringe claims 9 and 11 of U.S. Patent No. 9,548,839 ("the '839 patent");

- Defendant OnePlus is found to infringe claims 1, 6, and 10 of U.S. Patent No. 9,063,654 ("the '654 patent);

- Defendant OnePlus is found to not infringe claims 10 and 17 of U.S. Patent No. 8,893,052 ("the '052 Patent");

- Defendant OnePlus is found to willfully infringe the asserted claims of the '247, '839, '954, and '654 patents;

- Claims 1, 6, and 10 of the '654 patent are not invalid;

- Claims 10 and 17 of the '052 patent are not invalid;

- The '839 and '954 patents are not exhausted;

- The Court awards a total of **$1,000,000** to Plaintiffs Pantech Corporation and Pantech Wireless, LLC: $739,708.43 for OnePlus's infringement of the asserted claims of the '247, '839, and/or '954 patents and $260,291.57 for OnePlus's infringement of the asserted claims of the '654 patent, consistent with the jury's verdict in the retrial (Docket No. 441 at 2);

- Pre-judgment interest on the jury award shall accrue from June 3, 2022 to the date of entry of judgment, compounded quarterly at the prime rate, and post-judgment interest is awarded at the statutory rate from the date of the Court's final judgment until the date of payment; and

- The Court finds this case is not exceptional.

All counterclaims or other claims and pending motions by any party not previously ruled or specifically granted herein are **DENIED-AS-MOOT.**[1]

The Clerk of Court is directed to **CLOSE** the case.

---

[1] This does not affect the parties' agreement to seek judgment for costs as provided for by 35 U.S.C. § 284 after judgment is entered.

**So ORDERED and SIGNED this 23rd day of January, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE