IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>    Defendant. | C.A. No. 5:22-cv-00069-RWS |

**DEFENDANT ONEPLUS'S NOTICE OF APPEAL**

Notice is hereby given that Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered by the District Court in the above-captioned case on January 23, 2025 (Dkt. 499), and from any and all pre- and post-judgment orders, rulings, findings, decisions, and/or conclusions decided adversely to OnePlus, in whole or in part, including but not limited to the following: (i) the January 23, 2025 Final Judgment awarding damages and interest (Dkt. 499), including its accompanying Order denying OnePlus's Motions for Judgment as a Matter of Law and granting-in-part Plaintiffs' Motions for Entry of Judgment and Pre- and Post-Judgment Interest (Dkt. 498); (ii) the Jury Verdict dated and filed October 17, 2024 (Dkt. 440); (iii) the October 17, 2024 Jury Instructions (Dkt. 439), including as read at trial on October 17, 2024; (iv) the October 3, 2024 Order on Motions *in limine* (Dkt. 404); (v) the August 14, 2024 Order denying OnePlus's Motion to Dismiss for Lack of Standing and granting-in-part and denying-in-part OnePlus's Motions for Judgment as a Matter of Law (Dkt. 360); (vi) the Jury Verdict dated March 29, 2024, and filed April 1, 2024 (Dkt. 259); (vii) the April 1, 2024 Jury

Instructions (Dkt. 254), including as read at trial on March 29, 2024; (viii) the March 1, 2024 Order on Motions *in limine* (Dkt. 211); (ix) the February 27, 2024 Order denying OnePlus's Motions for Summary Judgment (Dkt. 196); (x) the February 21, 2024 Order denying OnePlus's Motions for Summary Judgment and granting-in-part and denying-in-part Plaintiffs' Motion for Summary Judgment (Dkt. 191); (xi) the February 15, 2024 Order granting-in-part and denying-in-part Plaintiffs' Motion to Strike Portions of Dr. Kakaes's Rebuttal Expert Report (Dkt. 179); (xii) the February 12, 2024 Order granting-in-part and denying-in-part Plaintiffs' Motions to Strike OnePlus's Expert Opinions, granting-in-part and denying-in-part Plaintiffs' Motion for Summary Judgment regarding availability of certain prior art, and granting-in-part and denying-in-part OnePlus's Motions to Strike and Exclude Pantech's Expert Testimony (Dkt. 178); (xiii) the August 4, 2023 Claim Construction Memorandum Opinion and Order (Dkt. 51); and (xiv) all other orders, rulings, findings, decisions, and/or conclusions entered by the District Court and/or jury in this case that are adverse to and appealable by OnePlus.

Included herewith is the payment of the $5 filing fee required by 28 U.S.C. § 1917 and the $600 docketing fee required by Federal Circuit Rule 52, paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52.

Date: February 21, 2025

Respectfully Submitted,

    /s/ G. Blake Thompson
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

David M. Airan (lead counsel)
Wesley O. Mueller
Robert T. Wittmann
Paul J. Filbin
Leonard Z. Hua
Christopher J. Gass
John K. Winn
Nicole E. Kopinski
Pei Chen
Michael J. Schubert
James W. Sanner
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
dairan@leydig.com
wmueller@leydig.com
bwittmann@leydig.com
pfilbin@leydig.com
lhua@leydig.com
cgass@leydig.com
jwinn@leydig.com
nkopinski@leydig.com
rchen@leydig.com
mschubert@leydig.com
jsanner@leydig.com

Richard L. Rainey
Kevin B. Collins
Peter Swanson
Justin W. Burnam
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5565
Facsimile: (202) 778-5565
RRainey@cov.com
Kcollins@cov.com
PSwanson@cov.com
JBurnam@cov.com

***Attorneys for Defendant OnePlus
Technology (Shenzhen) Co., Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of February 2025, with a copy of this document via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                          */s/ G. Blake Thompson*
                                                        **G. Blake Thompson**